MORRIS PICKERING & PETERSON
Kristina Pickering, No. 992
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC), <br><br> Plaintiffs, <br><br> v. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP., <br><br> Defendants. | CASE NO. <br><br><br><br> **NOTICE OF REMOVAL** |

Defendants Caesars Palace Corp. and Caesars Palace Realty Corp. ("Caesars Defendants") hereby remove the state court action entitled "Phase II Chin, LLC and Love & Money, LLC (formerly dba O.P.M.L.V., LLC) v. Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, Simon Property Group, Inc., Caesars Palace Corp, and Caesars Palace Realty Corp.," Case No. A554875, filed January 8, 2008, from the

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Eighth Judicial District Court for the State of Nevada to this Court. The grounds for removal are:

1. The above-entitled action was commenced by the filing of a Complaint in the Eighth Judicial District Court for the State of Nevada on January 8, 2008. A copy of the plaintiffs' Complaint is attached as Exhibit A.

2. Process was served on the Caesars Defendants on January 18, 2008. Copies of the summonses issued to and served on the Caesars Defendants are attached as Exhibit B.

3. Count V of the Complaint and its associated ad damnum clause seek compensatory and punitive damages from all defendants pursuant to 42 U.S.C. § 1981. Specifically, plaintiffs have labeled their Fifth Cause of Action, "Violation of 42 U.S.C. § 1981." In paragraph 90 of the Complaint, Ex. A, p. 23, plaintiffs allege that, "defendants, and each of them, separately and acting in concert, have discriminated against plaintiffs in the making, performance, and attempted termination of the Lease and Lease Amendment, and have interfered with [plaintiffs'] enjoyment of the benefits, privileges, terms, and conditions of those contracts, because of defendants' hostility to African-Americans in general, and to plaintiffs' African-American patrons in particular." On its face, Count V of the Complaint thus arises under the laws of the United States, specifically, 42 U.S.C. § 1981.

4. Plaintiffs' claims for relief under 42 U.S.C. § 1981 lie within the original jurisdiction of this Court by virtue of 28 U.S.C. §§ 1331 and 1343(a)(4).

5. Removal jurisdiction exists pursuant to 28 U.S.C. § 1441, since it appears from the face of the Complaint that this is a "civil action of which th[is Court has] original jurisdiction founded on a claim or right arising under Constitution, treaties, or law of the United States . . . ." *Id.* § 1441(b).

6. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over plaintiffs' remaining claims for "Declaratory Relief," "Interference

with Contractual Relations," "Interference with Prospective Business Advantage", "Injunctive Relief", "Breach of Lease", "Conspiracy," and "Breach of Implied Covenant of Good Faith and Fair Dealing" because these state-law-based claims (1) arise out of the same facts and circumstances as plaintiffs' 42 U.S.C. § 1981 claim; and (2) are substantially related to, and properly determined with, plaintiffs' 42 U.S.C. § 1981 claim. Jurisdiction over these claims is also appropriate pursuant to 28 U.S.C. § 1441(c).

7. Venue is appropriate in the unofficial Southern Division of this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1441(a), and LR IA 8-1(a).

8. The remaining named defendants are Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc. ("Forum Shops Defendants"). The earliest any of the Forum Shop Defendants was served is January 17, 2008. All of the Forum Shop Defendants who have been served consent to removal.

9. This notice of removal is timely filed within 30 days of any defendant's receipt, through service or otherwise, of the Complaint and summons. *See* 28 U.S.C. § 1446(b).

MORRIS PICKERING & PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

10. The Caesars Defendants are today filing a copy of this Notice of Removal with the Clerk of the Eighth Judicial District Court and serving it on counsel for plaintiffs, as required by 28 U.S.C. § 1446(d).

MORRIS PICKERING & PETERSON

By: /s/ Kristina Pickering
Kristina Pickering, No. 992
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

4

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PICKERING & PETERSON, and that the following documents were served via electronic service: **NOTICE OF REMOVAL**

TO:

C. Stanley Hunterton
Pamela R. Lawson
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101

Attorneys for Plaintiff
Phase II Chin, LLC

Harold Gewerter
GEWERTER LAW OFFICES
5440 W. Sahara Ave. Third Floor
Las Vegas, Nevada 89146

Attorney for Plaintiff
Love & Money, LLC

Samuel S. Lionel
LIONEL SAWYER & COLLINS
300 S. Fourth St., #1700
Las Vegas, Nevada 89101

Attorneys for Defendants
Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc.

DATED this 7th day of February, 2008.

By: Patricia Cannon

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

5