DISC
Samuel S. Lionel, Bar No. 1766
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 So. Fourth St. #1700
Las Vegas, Nevada 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845

Attorneys for Defendants
Forum Shops, LC, Forum Developers
Limited Partnership, Simon Property
Group Limited Partnership and Simon
Property Group, Inc.

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC AND LOVE & MONEY, LLC, (formerly dba O.P.M.L.V.)<br><br>Plaintiffs,<br><br>v.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.<br><br>Defendants. | Case No.: 2:08-cv-162<br><br>**DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.1.-1, the undersigned counsel of record for defendants Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc. certifies that there is no parent corporation or any publicly held corporation owning

1

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS, NEVADA 89101
(702) 383-8888

10% or more of the stock of any of said defendants and that there are no known interested parties other than those participating in the case that may have a pecuniary interest in the outcome of this case. Defendant Simon Property Group, Inc. is a publicly traded company.

These representations are made to enable the judges of this Court to evaluate possible disqualification or recusal.

LIONEL SAWYER & COLLINS

By: _____
Samuel S. Lionel, # 1766
Attorneys for Forum Shops, LLC,
Forum Developers Limited
Partnership, Simon
Property Group Limited
Partnership, Simon Property,
Group, Inc.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of LIONEL SAWYER & COLLINS and that the following document was served via electronic service:

**DISCLOSURE STATEMENT**

TO:

C. Stanley Hunterton
Pamela R. Lawson
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, NV 89101

Attorneys for Plaintiff
Phase II Chin, LLC

Harold Gewerter
GEWERTER LAW OFFICES
5440 W. Sahara Ave. Third Floor
Las Vegas, NV 89146

Attorneys for Plaintiff
Love & Money, LLC

Kristina Pickering
Jean-Paul Hendricks
MORRIS PICKERING & PETERSON
900 BANK OF AMERICA PLAZA
300 South Fourth Street
Las Vegas, NV 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

Dated this 8th day of February, 2008.

By: _____
An employee of Lionel Sawyer & Collins

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3