LIONEL SAWYER & COLLINS
Samuel S. Lionel, No. 1766
Charles H. McCrea, No. 104
Chris Mathews, No. 10674
300 South Fourth St., #1700
Las Vegas, Nevada 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845

Attorneys for Defendants
Forum Shops, LLC, Forum Developers
Limited Partnership, Simon Property
Group Limited Partnership, and
Simon Property Group, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHASE II CHIN, LLC and LOVE & MONEY, ) CASE NO. 2:08-cv-162
LLC, (formerly dba )
O.P.M.L.V., LLC, )
                                          )
                    Plaintiffs,           )
                                          )
vs.                                       )
                                          ) **CONSENT TO REMOVAL**
FORUM SHOPS, LLC, FORUM                   )
DEVELOPERS LIMITED PARTNERSHIP, )
SIMON PROPERTY GROUP LIMITED              )
PARTNERSHIP, SIMON PROPERTY               )
GROUP, INC., CAESARS PALACE CORP., )
and CAESARS PALACE REALTY CORP., )
                                          )
                    Defendants.           )
_____ )

Defendants Forum Shops, LLC, Forum Developers Limited Partnership,

Simon Property Group Limited Partnership, and Simon Property Group, Inc. hereby

consent to removal of this case from the Eighth Judicial District Court for the State

of Nevada to the United States District Court for the District of Nevada, and join in

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

the removal of this action filed by Defendants Caesars Palace Corp. and Caesars Palace Realty Corp.

LIONEL SAWYER & COLLINS

By: _____
Samuel S. Lionel, #1766
Charles H. McCrea, No. 104
Chris Mathews, No. 10674

Attorneys for Defendants
Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc.

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of LIONEL SAWYER & COLLINS, and that the following document was served via electronic service:

**CONSENT TO REMOVAL**

TO:

C. Stanley Hunterton
Pamela R. Lawson
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101

Attorneys for Plaintiff
Phase II Chin, LLC

Harold Gewerter
GEWERTER LAW OFFICES
5440 W. Sahara Ave. Third Floor
Las Vegas, Nevada 89146

Attorney for Plaintiff
Love & Money, LLC

Kristina Pickering
Jean-Paul Hendricks
MORRIS PICKERING & PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

DATED this 8th day of February, 2008.

By: /s/ Denise Lany Mullen

3