JOINTLY SUBMITTED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC,

　　　　Plaintiffs,

vs.

FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.,

　　　　Defendants.

CASE NO. 2:08-cv-162-JCM-GWF

**STIPULATION AND ORDER FOR STAY AND/OR TO EXTEND DEADLINES PENDING DECISION IN A RELATED ACTION**

**FIRST REQUEST**

Plaintiffs Phase II Chin, LLC and Love & Money, LLC ("Plaintiffs") hereby stipulate with defendants Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, Simon Property Group, Inc. (collectively, "the Forum Defendants") and Caesars Palace Realty Corporation, and Caesars Palace Corporation (collectively, "the Caesars Defendants") as follows:

1. A related action is pending between some of the parties in this case in the Superior Court State of Delaware in and for New Castle County, C.A. 076-10-030CLS, entitled *Forum Shops LLC, Plaintiff v. Chin-LV, LLC et al., Defendants*. The defendants in the Delaware action, plaintiffs here, have filed a Motion to Dismiss or Stay that action, which is pending hearing and decision by the Court there.

2. All named defendants in this action have either been served or accepted service of the complaint in this case. The due dates for the defendants in this case to answer or otherwise move as to the complaint, if not extended, are various and range from February 14, 2008 to March 15, 2008. These dates, if not extended, will trigger the Rule 26 and LR 26-1 deadlines for initial discovery exchanges and filing of the discovery plan and scheduling order.

3. Before the Caesars Defendants removed this case, Plaintiffs and the Forum Defendants entered into a Stipulation in the Eighth Judicial District Court extending the due date to answer or move and a stay on further action in the case pending decision by the Delaware Court on the Motion to Dismiss or Stay. A true copy of this Stipulation is attached.

4. Without prejudice to any rights or arguments any party may have in this or the Delaware case, the parties agree that the efficient course of further proceedings in this case may be affected by decision on the pending Motion to Dismiss or Stay in the Delaware case.

5. Accordingly, the parties hereto agree to a stay of proceedings in this case until July 1, 2008, or a date 30 days after decision by the Delaware court on the Motion to Dismiss or Stay, whichever is earlier. This stay extends all existing deadlines to the earlier of July 1, 2008 or a date 30 days after the Delaware Court's decision on the Motion to Dismiss or Stay (except those set forth in this Court's Order Concerning Removal, which are unchanged and will be met) including without limitation: (a) the time within which plaintiffs must

move for remand; (b) the time within which any of the defendants must answer or move; and (c) the pretrial discovery conference and scheduling conference deadlines, which shall run under LR 26-1 from the date first defendant answers or moves as to the complaint.

5. This is the first extension of any deadline in this case. It represents an extension of at most 135 days of the earliest deadline in this case, which is the February 14, 2008 deadline for some of the defendants to answer or

otherwise move as to the complaint. Depending on when the Delaware court decides the motion, the time period may be less than that.

Dated: February 20, 2008

HUNTERTON AND ASSOCIATES

By: __/s/_____
C. Stanley Hunterton, No. 5044
333 South Sixth Street
Las Vegas, Nevada 89101

Attorneys for Plaintiff
Phase II, Chin, LLC

Dated: February 20, 2008

GEWERTER LAW OFFICES

By: __/s/_____
Harold P. Gewerter, No. 499
5440 W. Sahara Avenue
3rd Floor
Las Vegas, Nevada 89146

Attorneys for Plaintiff
Love & Money, LLC

Dated: February 20, 2008

LIONEL SAWYER & COLLINS

By: __/s/_____
Samuel S. Lionel, No. 1766
300 S. Fourth Street, #1700
Las Vegas, Nevada 89101

Attorneys for Defendants
Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc.

Dated: February 20, 2008

MORRIS PICKERING & PETERSON

By: __/s/_____
Kristina Pickering, No. 992
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

ORDER

IT IS SO ORDERED.

Dated:_____, 2008

_____
United States [District] [Magistrate] Judge

4