MORRIS PICKERING & PETERSON
Kristina Pickering, No. 992
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC, | ) CASE NO. 2:08-cv-162-JCM-GWF |
| Plaintiffs, | ) |
| vs. | ) |
| FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP., | ) **STATEMENT CONCERNING REMOVAL** |
| Defendants. | ) |

As required by the Court's February 7, 2008, Minute Order (#3) defendants Caesars Palace Corporation and Caesars Palace Realty Corporation state:

    1.    Defendants Caesars Palace Corporation and Caesars Palace Realty Corporation were served with the summons and complaint in this case on January 18, 2008.

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2. Defendants Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc. accepted service of the summons and complaint in this case on January 17, 2008.

3. Removal is based on federal question and not diversity jurisdiction.

4. Defendants' notice of removal was filed on February 7, 2008, within 30 days of the summons and complaint being first served on any named defendant.

5. The underlying state court action was commenced on January 8, 2008.

6. There are no defendants known to have been served who did not join in the notice of removal.

MORRIS PICKERING & PETERSON

By: _____
Kristina Pickering, No. 992
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PICKERING & PETERSON, and that the following documents were served via electronic service: **STATEMENT CONCERNING REMOVAL**

TO:

C. Stanley Hunterton
Pamela R. Lawson
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101

Attorneys for Plaintiff
Phase II Chin, LLC

Harold Gewerter
GEWERTER LAW OFFICES
5440 W. Sahara Ave. Third Floor
Las Vegas, Nevada 89146

Attorney for Plaintiff
Love & Money, LLC

Samuel S. Lionel, No. 1766
LIONEL SAWYER & COLLINS
300 S. Fourth Street, #1700
Las Vegas, Nevada 89101

Attorneys for Defendants
Forum Shops, LLC, Forum Developers
Limited Partnership, Simon Property
Group Limited Partnership, and
Simon Property Group, Inc.

DATED this 20th day of February, 2008.

By: _Patricia Cannon_

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422