**JOINTLY SUBMITTED**

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP., <br><br> Defendants. | ) CASE NO. 2:08-cv-162-JCM-GWF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **JOINT STATUS REPORT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to the Court's February 7, 2008 Minute Order re Removal (#3), the parties submit the following Joint Status Report:

1. <u>Status of Action.</u> Plaintiffs Phase II Chin, LLC and Love & Money, LLC commenced this action by filing a complaint on January 8, 2008 in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark (Case No. A554875). Service was made on defendants Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc. (collectively, "Forum/Simon

Defendants") on January 17, 2008. Defendants Caesars Palace Corporation, and Caesars Palace Realty Corporation (collectively, "Caesars Defendants") were served January 18, 2008.

The Caesars Defendants filed a Notice of Removal (#1) on February 7, 2008. The Forum/Simon Defendants filed a Consent to Removal (#5) on February 8, 2008. On February 20, 2008, the Caesars Defendants filed a Statement Concerning Removal (#8) in response to the Court's February 7, 2008 Minute Order re Removal (#3) and served a copy of that Order on plaintiffs' counsel (#9).

On February 20, 2008, all parties filed a Stipulation and Order for Stay and/or to Extend Deadlines Pending Decision in a Related Action (#7), entitled *Forum Shops LLC, Plaintiff v. Chin-LV, LLC, et al., Defendants*, Superior Court State of Delaware in and for New Castle County, C.A. 076-10-030CLS. The defendants in the Delaware action, plaintiffs here, have filed a Motion to Dismiss or Stay that action, which is pending hearing and decision by the Delaware Court. The parties agreed to a stay of proceedings in this case until July 1, 2008, or a date 30 days after decision by the Delaware court on the Motion to Dismiss or Stay, whichever is earlier. An order approving this stipulation (#10) was signed by Magistrate Judge George Foley Jr. on February 21, 2008. Neither plaintiffs, the Forum/Simon Defendants, nor the Caesars Defendants have taken any other action in this case.

2. <u>Action Required by Court.</u> None.

3. <u>Pending Motions.</u> None.

Dated: March 4, 2008

HUNTERTON AND ASSOCIATES


By: __/s/_____
     C. Stanley Hunterton, No. 5044
     333 South Sixth Street
     Las Vegas, Nevada 89101

Attorneys for Plaintiff
Phase II, Chin, LLC


Dated: March 4, 2008

LIONEL SAWYER & COLLINS


By:__/s/_____
     Samuel S. Lionel, No. 1766
     300 S. Fourth Street, #1700
     Las Vegas, Nevada 89101

Attorneys for Defendants
Forum Shops, LLC, Forum
Developers Limited Partnership,
Simon Property Group Limited
Partnership, and Simon Property
Group, Inc.

Dated: March 4, 2008

GEWERTER LAW OFFICES


By:__/s/_____
     Harold P. Gewerter, No. 499
     5440 W. Sahara Avenue
     3rd Floor
     Las Vegas, Nevada 89146

Attorneys for Plaintiff
Love & Money, LLC


Dated: March 4, 2008

MORRIS PICKERING & PETERSON


By:_____
     Kristina Pickering, No. 992
     Jean-Paul Hendricks, No. 10079
     900 Bank of America Plaza
     300 South Fourth Street
     Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.