# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, NEVADA

PHASE II CHIN, LLC AND LOVE & MONEY, LLC, (formerly dba O.P.M.L.V.)

Plaintiffs,

v.

FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.

Defendants.

Case No. 2:08-cv-162-JCM-GWF

**STIPULATION**

It is stipulated that notwithstanding the service and filing of the Motion to Dismiss by Defendants, Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.("Motion"), the stay of proceedings, including discovery, until July 1, 2008 or a date 30 days after the decision by the Delaware Court on the pending non forum conveniens motion between some of the parties hereto in the Delaware action, whichever shall be earlier, shall remain in full force and effect and no opposition to said Motion shall be filed by plaintiffs herein until the expiration of the said stay of proceedings.

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1

Dated this 31ST day of March, 2008.

| LIONEL SAWYER & COLLINS | HUNTERTON AND ASSOCIATES |
|---|---|
| By: *[signature]*<br>Samuel S. Lionel, # 1766<br>Attorneys for Forum Shops, LLC,<br>Forum Developers Limited<br>Partnership, Simon<br>Property Group Limited<br>Partnership, Simon Property,<br>Group, Inc.<br>300 South Fourth Street, #1700<br>Las Vegas, NV  89101 | By: _____<br>C. Stanley Hunterton, #5044<br>Attorneys for Phase II,<br>Chin, LLC<br>333 South Sixth Street<br>Las Vegas, NV  89101 |
| MORRIS PICKERING & PETERSON | GEWERTER LAW OFFICES. |
| By: _____<br>Kristina Pickering,. No. 992<br>Attorneys for Caesars Palace<br>Corp. and Caesars Palace<br>Realty Corp.<br>300 South Fourth Street, #900<br>Las Vegas, NV  89101 | By: _____<br>Harold P. Gewerter, #0499<br>Attorneys for Love & Money, LLC<br>5440 W. Sahara Avenue, 3rd Flr.<br>Las Vegas, NV  89146 |

### ORDER

IT IS SO ORDERED.

Dated: _____, 2008    _____
                           DISTRICT COURT JUDGE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

Dated this _____ day of March, 2008.

LIONEL SAWYER & COLLINS

By: _____
   Samuel S. Lionel, # 1766
   Attorneys for Forum Shops, LLC,
   Forum Developers Limited
   Partnership, Simon
   Property Group Limited
   Partnership, Simon Property,
   Group, Inc.
   300 South Fourth Street, #1700
   Las Vegas, NV 89101

HUNTERTON AND ASSOCIATES

By: _____
   C. Stanley Hunterton, #5044
   Attorneys for Phase II,
   Chin, LLC
   333 South Sixth Street
   Las Vegas, NV 89101

MORRIS PICKERING & PETERSON

By: /s/ Kristina Pickering
   Kristina Pickering, No. 992
   Attorneys for Caesars Palace
   Corp. and Caesars Palace
   Realty Corp.
   300 South Fourth Street, #900
   Las Vegas, NV 89101

GEWERTER LAW OFFICES.

By: _____
   Harold P. Gewerter, #0499
   Attorneys for Love & Money, LLC
   5440 W. Sahara Avenue, 3rd Flr.
   Las Vegas, NV 89146

## ORDER

IT IS SO ORDERED.

Dated: _____, 2008  _____
                                DISTRICT COURT JUDGE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
00 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

Dated this ____ day of March, 2008.

| LIONEL SAWYER & COLLINS | HUNTERTON AND ASSOCIATES |
|---|---|
| By: _____<br>Samuel S. Lionel, # 1766<br>Attorneys for Forum Shops, LLC,<br>Forum Developers Limited<br>Partnership, Simon<br>Property Group Limited<br>Partnership, Simon Property,<br>Group, Inc.<br>300 South Fourth Street, #1700<br>Las Vegas, NV 89101 | By: /s/ Hunterton<br>O. Stanley Hunterton, #5044<br>Attorneys for Phase II,<br>Chin, LLC<br>333 South Sixth Street<br>Las Vegas, NV 89101 |
| MORRIS PICKERING & PETERSON | GEWERTER LAW OFFICES. |
| By: _____<br>Kristina Pickering,. No. 992<br>Attorneys for Caesars Palace<br>Corp. and Caesars Palace<br>Realty Corp.<br>300 South Fourth Street, #900<br>Las Vegas, NV 89101 | By: _____<br>Harold P. Gewerter, #0499<br>Attorneys for Love & Money, LLC<br>5440 W. Sahara Avenue, 3rd Flr.<br>Las Vegas, NV 89146 |

## ORDER

IT IS SO ORDERED.

Dated: _____, 2008      _____
                              DISTRICT COURT JUDGE

2

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
300 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

Dated this _____ day of March, 2008.

LIONEL SAWYER & COLLINS

By:_____
Samuel S. Lionel, # 1766
Attorneys for Forum Shops, LLC,
Forum Developers Limited
Partnership, Simon
Property Group Limited
Partnership, Simon Property,
Group, Inc.
300 South Fourth Street, #1700
Las Vegas, NV 89101

HUNTERTON AND ASSOCIATES

By: _____
C. Stanley Hunterton, #5044
Attorneys for Phase II,
Chin, LLC
333 South Sixth Street
Las Vegas, NV 89101

MORRIS PICKERING & PETERSON

By: _____
Kristina Pickering,. No. 992
Attorneys for Caesars Palace
Corp. and Caesars Palace
Realty Corp.
300 South Fourth Street, #900
Las Vegas, NV 89101

GEWERTER LAW OFFICES.

By: /s/ Harold Gewerter
Harold P. Gewerter, #0499
Attorneys for Love & Money, LLC
5440 W. Sahara Avenue, 3rd Flr.
Las Vegas, NV 89146

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2008  _____
DISTRICT COURT JUDGE

2