UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHASE II CHIN, LLC and LOVE & MONEY, LLC,(formerly dba O.P.M.L.V., LLC

Plaintiff,

vs.

FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY, SIMON PROPERTY GROUP, INC., CESARS PALACE CORP, and CESARS PLACE REALTY CORP.,

Defendants.

Case No.: 2:08-CV-162-JCM-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

Philip Heller, Petitioner, respectfully represents to the Court:

1. Petitioner resides at Beverly Hills, County of Los Angeles, State of California.

2. Petitioner is an attorney at law and a member of the law firm of FAGELBAUM & HELLER LLP, with offices at 2049 Century Park East, Suite 4250, Los Angeles, 90067 (Telephone: 310/286-7666), E-Mail address: ph@philipheller.com.

3. Petitioner has been retained personally or as a member of the law firm, by Phase II Chin, LLC, to provide legal representation in connection with the above-entitled case now pending before this Court.

4. Since June 22, 1984, Petitioner has been, and presently is, a member in good standing of the bar of the highest court of the State of California, where Petitioner regularly practices law.

5. Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and courts of other states, on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Commonwealth of Massachusetts | December 18, 1979 | 229460 |
| State of New York | February 25, 1980 | 1665876 |
| United States Supreme Court | February 28, 1983 | |
| Supreme Court of California | June 22, 1984 | 113938 |
| Federal District Court- Northern District of California | September 12, 1984 | |
| Federal District Court- Central District of California | October, 12, 1984 | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association

Los Angeles County Bar Association

Federal Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| June 15, 2005 | A504150 | District Court, Clark County, Nevada | Granted |
| February 28, 2007 | A535374 | District Court, Clark County, Nevada | Granted |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Philip Heller, Petitioner/Affiant

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

Philip Heller, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Philip Heller, Petitioner/Affiant

SUBSCRIBED and SWORN TO before me, this 3rd day of April, 2008

_____
Notary Public or Clerk of Court

(NOTARY SEAL)

**DESIGNATION OF RESIDENT ATTORNEY
ADMITTED TO THE BAR OF THIS COURT
AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate C. Stanley Hunterton, Esq., Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

333 South Sixth Street,
Las Vegas, Nevada 89101;
Telephone: (702) 388-0098

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints C. Stanley Hunterton, Esq. as their Designated Resident Nevada Counsel in this case.

_____
Tom Kaplan

_____
(Party Signature)

_____
(Party Signature)

### CONSENT OF DESIGNEE

The undersigned hereby consent to serve as associate resident Nevada counsel in this case.

_____  1891
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: This _____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE

5

**THE STATE BAR**  
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

January 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PHILIP HELLER, #113938 was admitted to the practice of law in this state by the Supreme Court of California on June 22, 1984; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert  
Custodian of Membership Records

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## PHILIP HELLER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **25th** day of **February, 1980** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

January 23, 2008

Clerk of the Court

1186

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1979**, said Court being the highest Court of Record in said Commonwealth:

**Philip Heller**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-third** day of **January** in the year of our Lord **two thousand and eight**.



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116