1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8
9
PHASE II CHIN, LLC and LOVE & MONEY,    )   **Case No.:** 2:08-CV-162-JCM-GWF
10   LLC,(formerly dba O.P.M.L.V., LLC        )
11                Plaintiff,                   )
                                              )
12            vs.                             )   **VERIFIED PETITION  FOR PERMISSION**
                                              )   **TO PRACTICE IN THIS CASE ONLY BY**
13                                            )   **ATTORNEY NOT ADMITTED TO THE**
FORUM SHOPS, LLC, FORUM                  )   **BAR OF THIS COURT AND**
14   DEVELOPERS LIMITED PARTNERSHIP,       )   **DESIGNATION OF LOCAL COUNSEL**
SIMON PROPERTY, SIMON PROPERTY          )
15   GROUP, INC., CESARS PALACE CORP, and    )
16   CESARS PLACE REALTY CORP.,              )   EFFECTIVE JUNE 1, 2004
                                              )   FILING FEE IS $175.00
17                                            )
                Defendants.                   )
18   ──────────────────────────────────────── )
19
20
21
22       Philip Heller, Petitioner, respectfully represents to the Court:

23            1.     That Petitioner resides at Beverly Hills, County of Los Angeles, State of California.

24            2.     That Petitioner is an attorney at law  and a member of the law firm of FAGELBAUM &

25   HELLER LLP,  with offices at 2049 Century Park East, Suite 4250, Los Angeles,  90067 (Telephone:

26   310/286-7666), E-Mail address: ph@philipheller.com.

27
28

Dockets.Justia.com

3.    That Petitioner has been retained  personally or as a member of the law firm, by Phase II Chin, LLC, to provide legal representation in connection with the above-entitled case now pending before this Court.

4.    That Since June 22, 1984 , Petitioner has been, and presently is, a member in good standing of the bar of the highest court of the State of California, where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and courts of other states, on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Commonwealth of Massachusetts | December 18, 1979 | 229460 |
| State of New York | February 25, 1980 | 1665876 |
| United States Supreme Court | February 28, 1983 | |
| Supreme Court of California | June 22, 1984 | 113938 |
| Federal District Court-<br>Northern District of California | September 12,1984 | |
| Federal District Court-<br>Central District of California | October , 12, 1984 | |

6.    That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

7.      Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8.      That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association

Los Angeles County Bar Association

Federal Bar Association

9.      Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| June 15, 2005 | A504150 | District Court, Clark County, Nevada | Granted |
| February 28, 2007 | A535374 | District Court, Clark County, Nevada | Granted |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.      Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4   _____

5   Philip Heller, Petitioner/Affiant

6   STATE OF CALIFORNIA     )
                            ) ss:
7   COUNTY OF LOS ANGELES   )

8

9   Philip Heller, Petitioner, being first duly sworn, deposes and says:

10  That the foregoing statements are true.

11

12  _____

    Philip Heller, Petitioner/Affiant

13

14  SUBSCRIBED and SWORN TO before me,

15  this _3rd_ day of April, 2008

16

17  _____

18  Notary Public or Clerk of Court                    (NOTARY SEAL)

19

20  **DESIGNATION OF RESIDENT ATTORNEY**
    **ADMITTED TO THE BAR OF THIS COURT**
    **AND CONSENT THERETO.**

21

22  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes

23  it to be in the best interests of the client(s) to designate C. Stanley Hunterton, Esq.,  Attorney at Law,

24  member of the State of Nevada and previously admitted to practice before the above-entitled Court as

25  associate residence counsel in this action. The address of said designated Nevada counsel is:

26      333 South Sixth Street,
        Las Vegas, Nevada 89101;
27      Telephone: (702) 388-0098

28

4

1    By this designation the Petitioner and undersigned party(ies) agree that this designation

2    constitutes agreement and authorization for the designated resident admitted counsel to sign

3    stipulations binding on all of us.

4

5    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7    The undersigned party(ies) appoints C. Stanley Hunterton, Esq.  as their Designated Resident

8    Nevada Counsel in this case.

9

10   Tom Kaplan

11

12   (Party Signature)

13

14   (Party Signature)

15   **CONSENT OF DESIGNEE**

16   The undersigned hereby consent to serve as associate resident Nevada counsel in this case.

17

18                                                                        1891

19   Designated Resident Nevada Counsel's Signature    Bar number

20

21   APPROVED:

22   Dated: This 9th day of April, 2008.

23

24

25   UNITED STATES DISTRICT JUDGE

26

27

28

5

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

January 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PHILIP
HELLER, #113938 was admitted to the practice of law in this state by the
Supreme Court of California on June 22, 1984; and has been since that date,
and is at date hereof, an ACTIVE member of the State Bar of California; and
that no recommendation for discipline for professional or other misconduct
has ever been made by the Board of Governors or a Disciplinary Board to
the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

---

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# PHILIP HELLER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **25th** day of **February, 1980** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 23, 2008**

_____

Clerk of the Court

1186

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1979** , said Court being the highest Court of Record in said Commonwealth:

## Philip Heller

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-third** day of **January** in the year of our Lord **two thousand and eight**.

**MAURA S. DOYLE,** Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116