SAO
C. STANLEY HUNTERTON, ESQ.
Nevada Bar No. 1891
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-0098
Attorneys for Phase II Chin, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC), <br><br> Plaintiffs, <br><br> vs. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, and CAESARS PALACE REALTY CORP., <br><br> Defendants. | **CASE NO.: 2:08-cv-162-JCM-GWF** <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, AND SIMON PROPERTY GROUP, INC.'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by the parties as follows:

///

///

///

///

///

It is stipulated and agreed, Plaintiffs shall have to and including Monday, July 7, 2008, within which to file an opposition to Defendants Forum Shops LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.'s Motion to Dismiss, subject to the approval of the court.

HUNTERTON & ASSOCIATES

_____
C. Stanley Hunterton (#1891)
Pamela R. Lawson (#5044)
333 S. Sixth Street
Las Vegas, NV 89101
Nevada Attorneys for Plaintiff
*Phase II Chin, LLC*

LIONEL SAWYER & COLLINS

_____
Samuel S. Lionel (#1766)
300 S. Fourth Street, #1700
Las Vegas, NV 89101
Nevada Attorneys for Defendants
*Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.*

GEWERTER LAW OFFICES

_____
Harold R. Gewerter (#499)
5440 W. Sahara Ave., Third Floor
Las Vegas, NV 89146
Nevada Attorneys for Plaintiff
*Love & Money, LLC*

DATED this _____ day of June 2008.

## ORDER

IT IS SO ORDERED.

Dated : June 23 2008.

_____
UNITED STATES DISTRICT JUDGE