1

2

3

4

5                            **UNITED STATES DISTRICT COURT**

6                                  **DISTRICT OF NEVADA**

7

8    PHASE II CHIN, LLC, *et al.*,                )
                                                  )
9                              Plaintiffs,         )        Case No.  2:08-cv-00162-JCM-GWF
                                                  )
10   vs.                                          )        **ORDER**
                                                  )
11   FORUM SHOPS, LLC, *et al.*,                  )
                                                  )
12                             Defendants.        )
     _____)

13

14           This matter is before the Court upon the expiration of the stay pursuant to the Stipulation and

15   Order for Stay and/or to Extend Deadlines Pending Decision in a Related Action (#10) filed February

16   21, 2008.  Accordingly,

17           **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and

18   Scheduling Order not later than **July 14, 2008** in compliance with the provisions of LR 26-1 of the

19   Rules of Practice of the United States District Court for the District of Nevada.

20           DATED this 2nd day of July, 2008.

21

22                                                   _____
                                                     GEORGE FOLEY, JR.
23                                                   United States Magistrate Judge

24

25

26

27

28