UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC),<br><br>Plaintiffs,<br>vs.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, and CAESARS PALACE REALTY CORP.,<br><br>Defendants. | CASE NO.: 2:08-cv-162-JCM-GWF<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

SPECIAL SCHEDULING REVIEW REQUESTED

Pursuant to, and in compliance with Local Rule 26-1 of the Rules of Practice of the United States District Court for the District of Nevada and the Court's Order of July 3, 2008, the parties hereby submit this stipulated Discovery Plan and Scheduling Order.

1. DISCOVERY CUT OFF DATE:

A. The first Defendants to answer or otherwise appear were Defendants Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc. on March 17, 2008. Defendants Caesars Palace Corp and Caesars Palace Realty Corp. first appeared in this action on July 1, 2008.

B. The parties require 270 days to conduct discovery. Ninety (90) additional days are required for discovery due to the number of depositions required (estimated 20 to 30), the complexity of the issues and a five month stipulated stay.

C. Discovery shall close 270 days after the Court enters its ruling on the current Motions to Dismiss. For purposes of fixing the calendar dates required by LR 26-1, it is assumed that the Court will enter its ruling on the current Motions to Dismiss on September 1, 2008. It is anticipated, however, that if the ruling is entered significantly after that date, one or more of the parties may request that the dates set forth herein be modified. Nothing herein precludes any party from requesting a further modification of the dates set forth herein for appropriate good cause. Subject to the foregoing, discovery shall close May 30, 2009.

D. Discovery shall not begin until the current Motions to Dismiss are decided.

E. Initial discovery disclosures are due July 23, 2008.

2. AMENDING THE PLEADINGS AND ADDING PARTIES

The last day to file motions to amend the pleadings or to add parties shall be March 1, 2009.

3. DISCLOSURE OF EXPERTS

A. The last day to disclose experts shall be March 31, 2009.

B. The last day to disclose rebuttal experts is April 30, 2009.

4. DISPOSITIVE MOTIONS

The last day to file dispositive motions is June 29, 2009.

5. PRETRIAL ORDER

A. The joint pretrial order shall be filed on or before July 29, 2009.

B. If dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or until further order of court. The pretrial disclosures required by Federal Rule of Civil Procedure 26(a)(3) and any objections thereto are to be included in the pretrial order.

. . . .

. . . .

| | |
|---|---|
| HUNTERTON & ASSOCIATES | GEWERTER LAW OFFICES |
| /s/ Pamela R. Lawson<br>C. Stanley Hunterton (#1891)<br>Pamela R. Lawson (#5044)<br>333 S. Sixth Street<br>Las Vegas, NV 89101<br>Nevada Attorneys for Plaintiff<br>*Phase II Chin, LLC* | /s/ Harold P. Gewerter<br>Harold P. Gewerter (#499)<br>5440 W. Sahara Ave., Third Floor<br>Las Vegas, NV 89146<br>Nevada Attorneys for Plaintiff<br>*Love & Money, LLC* |
| LIONEL SAWYER & COLLINS | MORRIS PICKERING & PETERSON |
| /s/ Charles H. McCrea, Jr.<br>Samuel S. Lionel (#1766)<br>Charles H. McCrea, Jr. (#104)<br>300 S. Fourth Street, #1700<br>Las Vegas, NV 89101<br>Nevada Attorneys for Defendants<br>*Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.* | /s/ Kristina Pickering<br>Kristina Pickering (#992)<br>Jean-Paul Hendericks (#10079)<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants<br>*Caesars Palace Corp.* and *Caesars Palace Realty Corp.* |

DATED this _____ day of July 2008.

**ORDER**

IT IS SO ORDERED.

Dated : July _____ 2008.

_____
DISTRICT COURT JUDGE