**JOINTLY SUBMITTED**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC), | ) CASE NO. 2:08-cv-162-JCM-GWF<br>)<br>)<br>) |
| Plaintiffs, | ) **STIPULATION AND ORDER** |
| | ) **TO EXTEND DEADLINES FOR** |
| vs. | ) **REPLY**<br>) |
| FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP., | )<br>) **FIRST REQUEST**<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Plaintiffs Phase II Chin, LLC and Love & Money, LLC ("Plaintiffs") hereby stipulate with defendants Caesars Palace Realty Corporation, and Caesars Palace Corporation ("Caesars Defendants") as follows:

1.      On July 1, 2008, Caesars Defendants filed a Motion to Dismiss (#20) ("Caesars MTD") and joined in the Motion to Dismiss (#12) filed by Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, Simon Property Group, Inc. ("Forum MTD").  Plaintiffs Love

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

& Money, LLC filed their Opposition to Motion to Dismiss (#22) to both the Forum MTD and Caesars MTD on July 7, 2008. Plaintiff Phase II Chin, LLC filed its opposition to the Forum MTD (#23) on July 7, 2008. Plaintiff Phase II Chin, LLC's opposition to Caesars' MTD is due July 19, 2008.

2.      Caesars Defendants' replies to plaintiff Love & Money, LLC's opposition to Motion to Dismiss (#22) and Phase II Chin, LLC's Opposition to Motion to Dismiss (#23) are due on or before July 21, 2008. Pursuant to LR 7-2(c) Caesars Defendants' reply to Phase II Chin, LLC's anticipated opposition to the Caesars MTD is due 11 days after the opposition is filed or at latest July 30, 2008.

4.      Accordingly, the parties hereto agree to permit the Caesars Defendants to file one reply to plaintiff Love & Money, LLC's Opposition to Motion to Dismiss (#22), plaintiff Phase II Chin, LLC's Opposition to the Forum MTD (#23), and Phase II Chin's anticipated opposition to the Caesars MTD on or before July 30, 2008, or a date not later than 11 days after Phase II Chin, LLC's opposition to Caesars MTD is filed whichever is earlier.

5.      This is the first extension of a deadline for reply and the second extension of a deadline in this case. It represents an extension of at most 9 days of the July 21, 2008, deadline for Caesars Defendants to reply to Oppositions

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

(#22 and #23). Depending on when the Phase II Chin, LLC opposition to the Caesars MTD is filed, the time period may be less than that.

Dated: July 15, 2008

HUNTERTON AND ASSOCIATES

By: /s/ Pamela R. Lawson
  C. Stanley Hunterton, No. 1891
  Pamela R. Lawson, No. 5044
  333 South Sixth Street
  Las Vegas, Nevada 89101

Attorneys for Plaintiff
Phase II, Chin, LLC

Dated: July 15, 2008

MORRIS PICKERING & PETERSON

By: /s/ Kristina Pickering
  Kristina Pickering, No. 992
  Jean-Paul Hendricks, No. 10079
  900 Bank of America Plaza
  300 South Fourth Street
  Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

Dated: July 15, 2008

GEWERTER LAW OFFICES

By: /s/ Harold P. Gewerter
  Harold P. Gewerter, No. 499
  5440 W. Sahara Avenue
  3rd Floor
  Las Vegas, Nevada 89146

Attorneys for Plaintiff
Love & Money, LLC

ORDER

IT IS SO ORDERED.

Dated: _____, 2008.

_____
United States [District] [Magistrate] Judge

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422