| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | LIONEL SAWYER & COLLINS<br>Samuel S. Lionel (NSB #1766)<br>Charles H. McCrea, Jr. (NSB #104)<br>Christopher A. Mathews (NSB #10674)<br>Lauren D. Calvert (NSB #10534)<br>1700 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>Tel   (702) 383-8888<br>Fax  (702) 383-8845<br><br>Attorneys for Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, AND SIMON PROPERTY GROUP, INC. |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC),<br><br>        Plaintiffs,<br><br>v.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.<br><br>        Defendants. | Case No. 2:08-cv-00162-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP AND SIMON PROPERTY GROUP, INC.'S MOTION TO DISMISS** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, as follows:

Defendants FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP and SIMON PROPERTY GROUP, INC. ("Forum

Defendants") shall have to and including Monday, July 28, 2008, within which to file a Reply in Support of Forum Defendants' Motion to Dismiss, subject to the approval of the Court.

Dated: July 15, 2008.

FABELBAUM & HELLER, LLP

/s/ Philip Heller
Philip Heller (*pro hac vice*)
2049 Century Park East, Suite 4250
Los Angeles, California 90067-3254
Attorneys for Plaintiff *Phase II Chin, LLC*

GEWERTER LAW OFFICES

/s/ Harold P. Gewerter
Harold P. Gewerter (#499)
5440 W. Sahara Ave., Third Floor
Las Vegas, NV 89146
Attorneys for Plaintiff *Love & Money, LLC*

LIONEL SAWYER & COLLINS

/s/ Charles H. McCrea, Jr.
Samuel S. Lionel (#1766)
Charles H. McCrea, Jr. (#104)
300 S. Fourth Street, #1700
Las Vegas, NV 89101
Attorneys for Defendants *Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.*

## ORDER

IT IS SO ORDERED.

Dated: July 16, 2008.

_____
UNITED STATES DISTRICT JUDGE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101