HAROLD P. GEWERTER, ESQ.  E-filed: 7/21/2008
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
5440 W. Sahara Avenue, Third Floor
Las Vegas, Nevada 89146
Telephone: (702) 382-1714
Fax: (702) 382-1759
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \*

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, formerly O.P.M.L.V., LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, CAESARS PALACE REALTY CORP., DOES 1 through 20, AND ROE CORPORATIONS 1 through 20,<br><br>Defendants. | Case No. 2:08-cv-00162-JCM-GWF |

**PLAINTIFF, LOVE & MONEY, LLC'S JOINDER IN PHASE II CHIN, LLC'S OPPOSITION TO MOTION TO DISMISS THE CAESARS DEFENDANTS**

COMES NOW, Plaintiff, LOVE & MONEY, LLC, formerly O.P.M.L.V., LLC, by and through its counsel of record, HAROLD P. GEWERTER, ESQ., of the law firm of HAROLD P. GEWERTER, ESQ., LTD., and respectfully submits the following Joinder in Plaintiff, PHASE II CHIN, LLC'S Opposition to Motion to Dismiss the Caesar Defendants in the above-referenced matter.

1

Plaintiff, LOVE & MONEY, LLC hereby joins in Plaintiff, PHASE II CHIN, LLC'S Opposition to Motion to Dismiss the Caesar Defendants and further adopts all factual and legal arguments made by Plaintiff, PHASE II CHIN, LLC in its Opposition to Motion to Dismiss the Caesar Defendants.

DATED this 21st day of July, 2008.

                                    HAROLD P. GEWERTER, ESQ., LTD.

                                    /s/ Harold P. Gewerter, Esq.
                                  HAROLD P. GEWERTER, ESQ.
                                  Nevada Bar No. 499
                                  5440 W. Sahara Avenue, Third Floor
                                  Las Vegas, Nevada 89146
                                  Attorney for Plaintiff, LOVE & MONEY, LLC