LIONEL SAWYER & COLLINS
Samuel S. Lionel (NSB #1766)
Charles H. McCrea, Jr. (NSB #104)
Christopher A. Mathews (NSB #10674)
Lauren D. Calvert (NSB #10534)
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel   (702) 383-8888
Fax   (702) 383-8845

Attorneys for Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, AND SIMON PROPERTY GROUP, INC.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC), <br><br>Plaintiffs, <br><br>v. <br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP. <br><br>Defendants. | Case No. 2:08-cv-00162-JCM-GWF <br><br>**MOTION FOR ORDER EXTENDING PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISMISS FROM 20 PAGES TO 30 PAGES** <br><br>**AND** <br><br>**REQUEST FOR EXPEDITED CONSIDERATION** |

Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP and SIMON PROPERTY GROUP, INC. (collectively "Defendants") respectfully move this Court for an order extending the page limit for their Reply in Support of Motion to Dismiss by not to exceed

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

MOTION FOR ORDER EXTENDING PAGE LIMIT

Page 1 of 3

Dockets.Justia.com

10 pages, from 20 pages to 30 pages. Defendants also respectfully request expedited consideration of this motion because the current deadline for filing the subject Reply is Monday, July 28, 2008. This motion is made and based on LR 7-4, the pleadings and documents on file herein and the Memorandum of Points and Authorities that follows.

DATED this 25th day of July 2008.

LIONEL SAWYER & COLLINS

By: _____
Samuel S. Lionel (NSB #1766)
Charles H. McCrea, Jr. (NSB #104)
Christopher Mathews (NSB #10674)
Lauren D. Calvert (NSB #10534)
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Tel   (702) 383-8888
Fax  (702) 383-8845

Attorneys for Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, AND SIMON PROPERTY GROUP, INC.

## MEMORANDUM OF POINTS AND AUTHORITIES

LR 7-4 provides:

Unless otherwise ordered by the court, pretrial and post-trial briefs and points and authorities in support of, or in response to, motions shall be limited to thirty (30) pages including the motion but excluding exhibits. Reply briefs and points and authorities shall be limited to twenty (20) pages, excluding exhibits. Where the court enters an order permitting a longer brief or points and authorities, the papers shall include a table of contents and table of authorities.

Defendants' Motion to Dismiss (Docket No. 12) was filed herein on March 17, 2008. Separate opposition to the Motion to Dismiss (Docket Nos. 22 and 23, respectively) were filed by plaintiff Love & Money, LLC ("OPM") and Chinois, LLC ("Chinois") (on July 7, 2008. An

Opposition to the Motion to Dismiss. The current deadline for Defendants to file replies to both oppositions is Monday, July 28, 2008 (*see* Docket No. 28).

Instead of filing separate replies to each opposition, Defendants desire to file one reply to both. However, the current draft of that reply exceeds the 20-page limit imposed by LR 7-4. While this page limit requirement could be met if Defendants filed a separate reply to each opposition, it is more expedient and makes more sense to file a single reply to both oppositions, which requires an extension of the page limit of not to exceed 10 pages.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request an extension of the LR 7-4 page limit for its Reply in Support of Motion Dismiss by not to exceed 10 pages, from 20 pages to 30 pages.

Attached hereto is a proposed order granting this motion.

DATED this 25th day of July 2008.

LIONEL SAWYER & COLLINS

By: _____
Samuel S. Lionel (NSB #1766)
Charles H. McCrea, Jr. (NSB #104)
Christopher Mathews (NSB #10674)
Lauren D. Calvert (NSB #10534)
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Tel   (702) 383-8888
Fax   (702) 383-8845

Attorneys for Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, AND SIMON PROPERTY GROUP, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC),<br><br>Plaintiffs,<br><br>v.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.<br><br>Defendants. | Case No. 2:08-cv-00162-JCM-GWF<br><br>**ORDER GRANTING MOTION FOR ORDER EXTENDING PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION TO DISMISS FROM 20 PAGES TO 30 PAGES** |

GOOD CAUSE APPEARING, the Motion for Order Extending Page Limit for Reply in Support of Motion to Dismiss from 20 pages to 30 Pages filed by defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP and SIMON PROPERTY GROUP, INC. ("Defendants") is granted.

IT IS HEREBY ORDERED that the page limit for Defendants' Reply in Support of Motion to Dismiss shall be extended by not to exceed 10 pages, from 20 pages to 30 pages.

DATED this 29th day of July 2008.

_____
UNITED STATES DISTRICT JUDGE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101