1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                         **DISTRICT OF NEVADA**
6
7    PHASE II CHIN, LLC, *et al.*,                )
8                                    Plaintiffs,   )    Case No.  2:08-cv-00162-JCM-GWF
                                                  )
9    vs.                                           )    **ORDER**
                                                  )
10   FORUM SHOPS, LLC, *et al.*,                   )
                                                  )
11                                   Defendants.   )
                                                  )
12
13          This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order

14   (#24) filed July 14, 2008.  The Court conducted a status hearing in this matter on July 22, 2008.  After

15   considering the papers submitted by the parties, as well as oral argument by counsel, and good cause

16   appearing,

17          **IT IS ORDERED** that the Stipulated Discovery Plan and Scheduling Order (#24) is granted,

18   with the following modifications.  If the Court's ruling on the pending Motion to Dismiss (#20) does

19   not dispose of the case in its entirety, a 270 day period of discovery will automatically commence upon

20   the date of the Court's ruling on the Motion to Dismiss, without further court order.  The parties shall

21   have 60 days following the designation of expert witnesses in which to designate rebuttal experts.  The

22   deadline for dispositive motions and the pretrial order filing dates are correspondingly reset.

23          **IT IS FURTHER ORDERED** that the Court will not grant further extensions, absent

24   compelling circumstances and a strong showing of good cause.

25          DATED this 31st day of July, 2008.

26
27                                        _____
                                          GEORGE FOLEY, JR.
28                                        United States Magistrate Judge