JOINTLY SUBMITTED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC),<br><br>Plaintiffs,<br><br>vs.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.,<br><br>Defendants. | CASE NO. 2:08-cv-162-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR REPLY**<br><br>**SECOND REQUEST** |

Plaintiffs Phase II Chin, LLC and Love & Money, LLC ("Plaintiffs") hereby stipulate with defendants Caesars Palace Realty Corporation, and Caesars Palace Corporation ("Caesars Defendants") as follows:

1. On July 1, 2008, Caesars Defendants filed a Motion to Dismiss (#20) ("Caesars MTD") and joined in the Motion to Dismiss (#12) filed by Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, Simon Property Group, Inc. ("Forum MTD"). Plaintiff Love

MORRIS PICKERING & PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

& Money, LLC filed their Opposition to Motion to Dismiss (#22) to both the Forum MTD and Caesars MTD on July 7, 2008. Plaintiff Phase II Chin, LLC filed its opposition to the Forum MTD (#23) on July 7, 2008 and its Opposition to Caesars' MTD (#29) on July 21, 2008.

2. Caesars Defendants' reply to plaintiff Love & Money, LLC's opposition to Motion to Dismiss (#22), Phase II Chin, LLC's Opposition to Forum's Motion to Dismiss (#23), and Plaintiff Phase II Chin, LLC's Opposition to Caesars' MTD (#29) are due on or before July 30, 2008.

4. Accordingly, the parties hereto agree to permit the Caesars Defendants to file its reply to on or before August 4, 2008.

5. This is the second extension of a deadline for reply and the third extension of a deadline in this case. It represents an extension of at most 5

2

days of the July 30, 2008, deadline for Caesars defendants to reply to plaintiff Love & Money, LLC's Opposition to Motion to Dismiss (#22), Phase II Chin, LLC's Opposition to Forum's Motion to Dismiss (#23), and Plaintiff Phase II Chin, LLC's Opposition to Caesars' MTD (#29).

Dated: July 30, 2008

HUNTERTON AND ASSOCIATES

By: /s/ Pamela R. Lawson
 C. Stanley Hunterton, No. 1891
 Pamela R. Lawson, No. 5044
 333 South Sixth Street
 Las Vegas, Nevada 89101

Attorneys for Plaintiff
Phase II, Chin, LLC

Dated: July 30, 2008

MORRIS PICKERING & PETERSON

By: /s/ Kristina Pickering
 Kristina Pickering, No. 992
 Jean-Paul Hendricks, No. 10079
 900 Bank of America Plaza
 300 South Fourth Street
 Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

Dated: July 30, 2008

GEWERTER LAW OFFICES

By: /s/ Harold P. Gewerter
 Harold P. Gewerter, No. 499
 5440 W. Sahara Avenue
 3rd Floor
 Las Vegas, Nevada 89146

Attorneys for Plaintiff
Love & Money, LLC

ORDER

IT IS SO ORDERED.

Dated: _____, 2008.

_____
United States

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3