DANIEL G. BOGDEN
United States Attorney
PETER KO
Assistant United States Attorney
333 Las Vegas Blvd., South, Fifth Floor
Las Vegas, NV 89101
Phone (702) 388-6050
Fax (702) 388-6698

RECEIVED AND FILED
DEC 20  3 55 PM '01

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,           ) CR-S-00-250-KJD(LRL)
                                    )
            Plaintiff,              ) PROSECUTION'S NOTICE OF INTENT
    v.                              ) TO USE TAPES
                                    )
MARY BETH LOURCEY and               )
ALEXANDRA BLACK,                    )
                                    )
            Defendants.             )
_____)

 The United States of America, by its counsel, hereby gives notice of its intention to introduce the following tapes at trial.

 1. Audio recording made June 9, 1999, designated DEA exhibit N2, of meeting between undercover agent, Lourcey, and Corey McDonald. The tape is in English and is about 8 minutes long.

 2. Audio recording made June 23, 1999, designated DEA exhibit N4, of meeting between agent, Lourcey, Alexandra Black, and McDonald. The tape is in English and is about 24 minutes long.

 3. Audio recording made June 29, 1999, designated DEA exhibit N6, of meeting between agent, McDonald, and Lourcey. The tape is in English and is about 18 minutes long.

1     4. Audio recording made July 28, 1999, designated DEA
2  exhibit N7, of meeting between agent and McDonald.  The tape is in
3  English and is about 25 minutes long.
4     Copies of all recordings and preliminary transcripts have
5  been provided to the defense.
6     DATED:     December 20, 2001.

                            Respectfully submitted,

                            DANIEL G. BOGDEN
                            United States Attorney


                            PETER KO
                            Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I certify that on December 20, 2001, a true copy of this Notice was mailed to counsel for the defendants at the following addresses: 1) Stephen Stein, 520 South Fourth Street, Las Vegas, Nevada 89101 (counsel for Lourcey), and 2) Richard A. Wright, 300 South Fourth Street #701, Las Vegas, Nevada 89101 (counsel for Black).

*Catherine Davis*
U.S. Attorney's Office