1  HAROLD P. GEWERTER, ESQ.
   Nevada Bar No. 499
2  HAROLD P. GEWERTER, ESQ., LTD.
   5440 West Sahara Avenue, Third Floor
3  Las Vegas, Nevada 89146
4  Telephone: (702) 382-1714
   Facsimile: (702) 382-1759
5
   C. STANLEY HUNTERTON, ESQ.
6  Nevada Bar No. 5044
   HUNTERTON & ASSOCIATES
7  333 S. Sixth Street
8  Las Vegas, Nevada 89101
   Telephone: (702) 388-0098
9  Facsimile: (702) 388-0361

E-filed: 09/12/2008

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, formerly O.P.M.L.V., LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, CAESARS PALACE REALTY CORP., DOES 1 through 20, AND ROE CORPORATIONS 1 through 20,<br><br>    Defendants. | Case No. 2:08-cv-00162-JCM-GWF |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO FILE A SUR-REPLY**

GOOD CAUSE APPEARING, Plaintiffs Phase II Chin, LLC and Love & Money, LLC's

1

1 | Motion for Leave to File a Sur-Reply to Defendants' Motions to Dismiss is granted.

2 |     DATED this ____ day of September 2008.

3

4 |                                             _____
                                            UNITED STATES DISTRICT JUDGE

5 | 71039\3001\617312.1