HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
5440 West Sahara Avenue, Third Floor
Las Vegas, Nevada 89146
Telephone: (702) 382-1714
Facsimile: (702) 382-1759

C. STANLEY HUNTERTON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 S. Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-0098
Facsimile: (702) 388-0361

E-filed: 09/12/2008

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

****

PHASE II CHIN, LLC and LOVE & MONEY, LLC, formerly O.P.M.L.V., LLC,

    Plaintiffs,

v.

FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, CAESARS PALACE REALTY CORP., DOES 1 through 20, AND ROE CORPORATIONS 1 through 20,

    Defendants.

Case No. 2:08-cv-00162-JCM-GWF

**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE A SUR-REPLY**

GOOD CAUSE APPEARING, Plaintiffs Phase II Chin, LLC and Love & Money, LLC's

1

1  Motion for Leave to File a Sur-Reply to Defendants' Motions to Dismiss is granted.

2  DATED this 16th day of September 2008.

_____
UNITED STATES DISTRICT JUDGE

71039\3001\617312.1