| | |
|---|---|
| 1 | LIONEL SAWYER & COLLINS |
| 2 | Samuel S. Lionel (NSB #1766)<br>Charles H. McCrea, Jr. (NSB #104) |
| 3 | Christopher A. Mathews (NSB #10674)<br>Lauren D. Calvert (NSB #10534) |
| 4 | 1700 Bank of America Plaza<br>300 South Fourth Street |
| 5 | Las Vegas, Nevada 89101<br>Tel (702) 383-8888 |
| 6 | Fax (702) 383-8845 |

Attorneys for Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, AND SIMON PROPERTY GROUP, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PHASE II CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC),

Plaintiffs,

v.

FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.

Defendants.

Case No. 2:08-cv-00162-JCM-GWF

**FORUM DEFENDANTS' MOTION TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP and SIMON PROPERTY GROUP, INC. (collectively "Forum Defendants") respectfully move this Court for an order permitting them to file a supplemental memorandum in support of their Motion to Dismiss (Docket No. 12), filed concurrently with this motion. This motion is based on LR 7-2,

the Court's inherent authority to control its own docket and proceedings, the pleadings and documents of file and the Memorandum of Points and Authorities that follow.

### MEMORANDUM OF POINTS AND AUTHORITIES

Forum Defendants incorporate by reference the Memorandum of Points and Authorities submitted by Plaintiffs in their Joint Request to File a Sur-Reply to Motions to Dismiss, etc., filed September 12, 2008 (Docket No. 42).

Plaintiffs have misrepresented important undisputed facts and allegations in the Complaint it is necessary that Forum Defendants be given the opportunity to correct these misrepresentations. For the same reasons this Court granted Plaintiffs' Joint Request, it should grant this request.

### CONCLUSION

For the reasons stated above, Forum Defendants request that the Court grant their request to file a supplemental memorandum in support of their Motion to Dismiss (Docket No. 12).

LIONEL SAWYER & COLLINS

By: _____
Samuel S. Lionel (NSB #1766)
Charles H. McCrea, Jr. (NSB #104)
Christopher Mathews (NSB #10674)
Lauren D. Calvert (NSB #10534)
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Tel   (702) 383-8888
Fax  (702) 383-8845

Attorneys for Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, AND SIMON PROPERTY GROUP, INC.