| | |
|---|---|
| 1 | LIONEL SAWYER & COLLINS |
| 2 | Samuel S. Lionel (NSB #1766)<br>Charles H. McCrea, Jr. (NSB #104) |
| 3 | Christopher A. Mathews (NSB #10674)<br>Lauren D. Calvert (NSB #10534) |
| 4 | 1700 Bank of America Plaza<br>300 South Fourth Street |
| 5 | Las Vegas, Nevada 89101<br>Tel   (702) 383-8888 |
| 6 | Fax   (702) 383-8845 |

Attorneys for Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, AND SIMON PROPERTY GROUP, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC),<br><br>Plaintiffs,<br><br>v.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.<br><br>Defendants. | Case No. 2:08-cv-00162-JCM-GWF<br><br>**ORDER GRANTING FORUM DEFENDANTS' MOTION TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** |

GOOD CAUSE APPEARING, the Motion to File a Supplemental Memorandum in Support of Motion to Dismiss filed by Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED

. . . .

. . . .

. . . .

ORDER, Page 1 of 2

PARTNERSHIP and SIMON PROPERTY GROUP, INC. ("Forum Defendants) is GRANTED.

DATED this 2nd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE