# HUNTERTON & ASSOCIATES

Attorneys at Law
333 SOUTH SIXTH STREET
LAS VEGAS, NEVADA 89101



C. STANLEY HUNTERTON*
SAMUEL B. BENHAM
PAMELA R. LAWSON**

*ALSO LICENSED IN NEW YORK
** ALSO LICENSED IN CALIFORNIA

TELEPHONE: (702) 388-0098
FACSIMILE: (702) 388-0361
E-MAIL: SHunterton@Huntertonlaw.com

September 12, 2008

(via facsimile and hand delivery)

The Honorable James C. Mahan
United States District Court Judge
333 Las Vegas Blvd. So.
Las Vegas, Nevada 89101

Re.: Phase II Chin, LLC v. Forum Shops, et al., Case No. 2:08-CV-162-JCM-GWF

Dear Judge Mahan:

Next Wednesday, September 17, 2008, this case is scheduled before you for a hearing. Mr. Philip Heller of Fabelbaum & Heller from Los Angeles, who is lead counsel, will be here to represent our client, Phase II Chin.

I am local counsel. However, I am scheduled to be traveling to New York that day and ask whether you might excuse my presence?

Phase II Chin, LLC et al v. Forum Shops, LLC et al            Doc. 53

Respectfully submitted,

HUNTERTON & ASSOCIATES

C. Stanley Hunterton

CSH/jma

cc: Samuel S. Lionel, Esq.
    Harold Gewerter, Esq.
    Kristina Pickering, Esq.

T/c Dawn 9/12

Dockets.Justia.com