C. STANLEY HUNTERTON, ESQ.
Nevada Bar No. 1891
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-0098
Attorneys for Phase II Chin, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC),<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, and CAESARS PALACE REALTY CORP.,<br><br>　　　　　　Defendants. | CASE NO.: 2:08-cv-162-JCM-GWF<br><br>**STIPULATION TO CONTINUE HEARING DATE** |

IT IS HEREBY STIPULATED by and between the parties that the hearing date on Plaintiffs' Motion to Dismiss Forum Shops, LLC (#12) and Defendants' Motion to Dismiss Caesars Palace Corp. and Caesars Palace Realty Corp. (#20) presently set for October 7, 2008

. . . . .

. . . . .

. . . . .

may be continued to October 30, 2008 at the hour of 10:00 am in the above-entitled courtroom.

DATED this 3rd day of October, 2008.

HUNTERTON & ASSOCIATES            GEWERTER LAW OFFICES

_____/s/_____            _____/s/_____
C. Stanley Hunterton                                 Harold Gewerter
333 So. Sixth St.                                    5440 W. Sahara Ave., Third Floor
Las Vegas, Nevada 89101                              Las Vegas, Nevada 89146
Counsel for Phase II Chin                            Counsel for Plaintiff Love & Money, LLC

MORRIS PICKERING & PETERSON

_____/s/_____
Kristina Pickering
900 Bank of America Plaza
300 So. Fourth Street
Las Vegas, Nevada 89101
Counsel for Defendants Caesars Palace Corp.
and Caesars Palace Realty Corp.

LIONEL SAWYER COLLINS

_____/s/_____
Charles McCrea
300 So. Fourth St. #1700
Las Vegas, Nevada 89101
Counsel for Defendants Forum Shops, LLC, Forum Developers
Limited Partnership, Simon Property Group Limited Partnership
and Simon Property Group, Inc.

IT IS SO ORDERED this \_\_\_\_\_ day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

HUNTERTON & ASSOCIATES

_____/s/_____
C. Stanley Hunterton
333 So. Sixth St.
Las Vegas, Nevada 89101
Counsel for Phase II Chin

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098