HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
5440 West Sahara Avenue, Third Floor
Las Vegas, Nevada 89146
Telephone: (702) 382-1714
Facsimile: (702) 382-1759

C. STANLEY HUNTERTON, ESQ.
Nevada Bar No. 1891
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-0098
Attorneys for Phase II Chin, LLC

E-filed: 10/15/08

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

****

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, formerly O.P.M.L.V., LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, CAESARS PALACE REALTY CORP., DOES 1 through 20, AND ROE CORPORATIONS 1 through 20,<br><br>Defendants. | Case No. 2:08-cv-00162-JCM-GWF |

**PLAINTIFFS' JOINT MOTION TO FILE A REPLY TO SUPPLEMENTAL MEMORANDUM BY DEFENDANTS FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC. IN SUPPORT OF MOTION TO DISMISS**

1

Plaintiffs Phase II Chin, LLC ("Chinois") and Love & Money, LLC (formerly O.P.M.L.V., LLC) respectfully move this Court for an order permitting them to file a Reply to the Supplemental Memorandum filed by Defendants Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc. (the "Forum Defendants") on September 24, 2008. This motion is based on LR 7-2, the Court's inherent authority to control its own docket and proceedings, the pleadings and documents on file and the memorandum of points and authorities that follows.

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule 7.2 addresses motions. While this rule does not specifically provide for the filing of replies to supplemental briefs, the Court unarguably has the inherent authority to grant leave to file such briefs. *See, e.g., Reva Int'l, Inc. v. MBraun, Inc.*, 2007 U.S. Dist. LEXIS 94821, *20 n. 4 (D. Nev. December 28, 2007) ("Reva could have sought leave to file a sur-reply.") Leave to file a further reply should be granted where it would not prejudice any party and where the brief would aid in the decisional process. *See Audi AG v. D'Amato*, 2007 U.S. Dist. LEXIS 16863, *4 (E.D. Mich. January 3, 2007).

In their Supplemental Memorandum, the Forum Defendants, <u>for the first time</u>, claim that Plaintiffs' causes of action for interference with contractual relations, interference with prospective business advantage, injunctive relief, violation of 42 U.S.C. § 1981 and conspiracy are barred by the litigation privilege. As Plaintiffs indicated in their Opposition to the Forum Defendants' request for leave to file the Supplemental Memorandum, due process requires that Plaintiffs be permitted the opportunity to respond to the Forum Defendants' new argument. Plaintiffs' response is more efficiently presented to the Court in a short written submission than at oral argument, so Plaintiffs' Reply to the Supplemental Memorandum will aid the Court in the decisional process. Moreover, granting this motion will not prejudice the Forum Defendants, as they will have the opportunity to review this brief prior to the hearing on the Motions and may address it at the hearing.

## CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that the Court grant their

1 | request to file the Reply to the Forum Defendants' Supplemental Memorandum submitted
2 | concurrently with this motion. A proposed order has also been submitted concurrently herewith.

Dated: October 15, 2008          HAROLD P. GEWERTER, ESQ., LTD.


                                  /s/ Harold P. Gewerter, Esq.
HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
5440 West Sahara Avenue, Third Floor
Las Vegas, Nevada 89146
Attorney for Plaintiffs

Dated: October 15, 2008          FAGELBAUM & HELLER LLP


                                  /s/ Philip Heller, Esq.
Philip Heller, Esq.
2049 Century Park East, Suite 4250
Los Angeles, CA 90067-3254
Counsel for Phase II Chin, LLC

71039\3001\621181.1