HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
5440 West Sahara Avenue, Third Floor
Las Vegas, Nevada 89146
Telephone: (702) 382-1714
Facsimile: (702) 382-1759

E-filed: 10/15/08

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

PHASE II CHIN, LLC and LOVE & MONEY, LLC, formerly O.P.M.L.V., LLC,

    Plaintiffs,

v.

FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, CAESARS PALACE REALTY CORP., DOES 1 through 20, AND ROE CORPORATIONS 1 through 20,

    Defendants.

Case No. 2:08-cv-00162-JCM-GWF

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO FILE A REPLY TO THE FORUM DEFENDANTS' SUPPLEMENTAL MEMORANDUM**

GOOD CAUSE APPEARING, Plaintiffs Phase II Chin, LLC and Love & Money, LLC's Motion for Leave to File a Reply to the Forum Defendants' Supplemental Memorandum is granted.

DATED this 15 day of October 2008.

_____
UNITED STATES DISTRICT JUDGE

71039\3001\621180.1

1

Dockets.Justia.com