HAROLD P. GEWERTER, ESQ.            E-filed: __10|15|08__
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
5440 West Sahara Avenue, Third Floor
Las Vegas, Nevada 89146
Telephone: (702) 382-1714
Facsimile: (702) 382-1759

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

|  |  |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, formerly O.P.M.L.V., LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, CAESARS PALACE REALTY CORP., DOES 1 through 20, AND ROE CORPORATIONS 1 through 20, <br><br> Defendants. | Case No. 2:08-cv-00162-JCM-GWF |

**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE A REPLY TO**

**THE FORUM DEFENDANTS' SUPPLEMENTAL MEMORANDUM**

GOOD CAUSE APPEARING, Plaintiffs Phase II Chin, LLC and Love & Money, LLC's

Motion for Leave to File a Reply to the Forum Defendants' Supplemental Memorandum is

granted.

DATED this _17th_ day of October 2008.

_Jarms C. Mahan_

UNITED STATES DISTRICT JUDGE

71039\3001\621180.1

1

Dockets.Justia.com