JOINTLY SUBMITTED
BY ALL PARTIES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP., <br><br>Defendants. | CASE NO. 2:08-cv-162-JCM-GWF <br><br><br>**STIPULATION TO CONTINUE HEARING DATE** |

IT IS HEREBY STIPULATED by and between the parties that the hearing date on Plaintiffs' Motion to Dismiss Forum Shops, LLC (#12) and Defendants' Motion to Dismiss Caesars Palace Corp. and Caesars Palace Realty Corp. (#20)

1  presently set for October 30, 2008 may be continued to December 2, 2008 at the
2  hour of 11:00 a.m. in the above-entitled courtroom.
3       DATED this 27th day of October, 2008.

| HUNTERTON & ASSOCIATES | MORRIS PICKERING & PETERSON |
|---|---|
| By: /s/<br>C. Stanley Hunterton, No. 1891<br>333 So. Sixth St.<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff Phase II Chin | By: /s/<br>Kristina Pickering, No. 992<br>Jean-Paul Hendricks, No. 10079<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants<br>Caesars Palace Corp. and<br>Caesars Palace Realty Corp. |
| GEWERTER LAW OFFICES | LIONEL SAWYER COLLINS |
| By: /s/<br>Harold Gewerter, No. 499<br>5440 W. Sahara Ave., Third Floor<br>Las Vegas, Nevada 89146<br>Attorney for Plaintiff<br>Love & Money, LLC | By: /s/<br>Charles McCrea, No. 104<br>300 South Fourth St., #1700<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants<br>Forum Shops, LLC, Forum<br>Developers Limited Partnership,<br>Simon Property Group Limited<br>Partnership and Simon Property<br>Group, Inc. |

## ORDER

IT IS SO ORDERED this  28th  day of October, 2008.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

2