HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
5440 West Sahara Avenue, Third Floor
Las Vegas, Nevada 89146
Telephone: (702) 382-1714
Facsimile: (702) 382-1759
Attorneys for Love & Money, LLC

C. STANLEY HUNTERTON, ESQ.
Nevada Bar No. 1891
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-0098
Attorneys for Phase II Chin, LLC

E-filed: 10/30/08

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, formerly O.P.M.L.V., LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, CAESARS PALACE REALTY CORP., DOES 1 through 20, AND ROE CORPORATIONS 1 through 20,<br><br>Defendants. | Case No. 2:08-cv-00162-JCM-GWF |

**PLAINTIFFS' JOINT STATUS REPORT RE: DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to the Court's July 22, 2008 Order, Plaintiffs Phase II Chin, LLC and Love & Money, LLC (formerly O.P.M.L.V., LLC) hereby submit the following status report regarding

1

Defendants' Motions to Dismiss:

The Motions to Dismiss have been fully briefed and, pursuant to stipulation of the parties, are currently set for hearing on December 2, 2008 at 11:00 a.m.

Dated: October 30, 2008			HAROLD P. GEWERTER, ESQ., LTD.


			/s/ Harold P. Gewerter, Esq.
HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
5440 West Sahara Avenue, Third Floor
Las Vegas, Nevada 89146
Attorney for Plaintiffs

Dated: October 30, 2008			FAGELBAUM & HELLER LLP


			/s/ Philip Heller, Esq.
Philip Heller, Esq.
2049 Century Park East, Suite 4250
Los Angeles, CA 90067-3254
Counsel for Phase II Chin, LLC

71039\3001\622532.1