MORRIS PICKERING & PETERSON
Kristina Pickering, No. 992
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC, <br><br>Plaintiffs,<br><br>vs.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.,<br><br>Defendants. | CASE NO. 2:08-cv-162-JCM-GWF<br><br>**CAESARS DEFENDANTS' JOINDER IN PLAINTIFFS' JOINT STATUS REPORT** |

Defendants Caesars Palace Corp. and Caesars Palace Realty Corp. ("the Caesars Defendants") hereby join in the Joint Status Report submitted by

Plaintiffs Phase II Chin, LLC and Love & Money, LLC (formerly O.P.M.L.V., LLC), Docket No. 63.

MORRIS PICKERING & PETERSON

By: /s/ Jean-Paul Hendricks
    Kristina Pickering, No. 992
    Jean-Paul Hendricks, No. 10079
    900 Bank of America Plaza
    300 South Fourth Street
    Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PICKERING & PETERSON, and that the following documents were served via electronic service: **CAESARS DEFENDANTS' JOINDER IN PLAINTIFFS' JOINT STATUS REPORT**.

TO:

C. Stanley Hunterton
Pamela R. Lawson
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101

Philip Heller
FAGELBAUM & HELLER, LLP
2049 Century Park East, Suite 4250
Los Angeles, CA 90067

Attorneys for Plaintiff
Phase II Chin, LLC

Samuel S. Lionel
LIONEL SAWYER & COLLINS
300 S. Fourth St., #1700
Las Vegas, Nevada 89101

Attorneys for Defendants
Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc.

Harold Gewerter
GEWERTER LAW OFFICES
5440 W. Sahara Ave. Third Floor
Las Vegas, Nevada 89146

Attorneys for Plaintiff
Love & Money, LLC

DATED this 31st day of October, 2008.

By: /s/ Josefina D. Dooley
An employee of
MORRIS PICKERING & PETERSON