SAO
C. STANLEY HUNTERTON, ESQ.
Nevada Bar No. 1891
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-0098
Attorneys for Phase II Chin, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC), <br><br> Plaintiffs, <br><br> vs. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, and CAESARS PALACE REALTY CORP., <br><br> Defendants. | **CASE NO.: 2:08-cv-162-JCM-GWF** <br><br> **STIPULATION AND ORDER CONTINUE HEARING** |

IT IS HEREBY STIPULATED by and between the parties that the hearing date on Plaintiffs' Motion to Dismiss Forum Shops, LLC (#12) and Defendants' Motion to Dismiss Caesars Palace Corp. and Caesars Palace Realty Corp. (#20) presently set for December 2,

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

Case No.:

2008 may be continued to December 18, 2008 at the hour of 10:00 a.m. in the above-entitled courtroom.

DATED this 25th day of November 2008.

| HUNTERTON & ASSOCIATES | GEWERTER LAW OFFICES |
|---|---|
| By: /s/ <br> C. Stanley Hunterton (#1891) <br> Pamela R. Lawson (#5044) <br> 333 S. Sixth Street <br> Las Vegas, NV 89101 <br> Nevada Attorneys for Plaintiff <br> *Phase II Chin, LLC* | By: /s/ <br> Harold P. Gewerter (#499) <br> 5440 W. Sahara Ave., Third Floor <br> Las Vegas, NV 89146 <br> Nevada Attorneys for Plaintiff <br> *Love & Money, LLC* |
| LIONEL SAWYER & COLLINS | MORRIS PICKERING & PETERSON |
| By: /s/ <br> Samuel S. Lionel (#1766) <br> 300 S. Fourth Street, #1700 <br> Las Vegas, NV 89101 <br> Nevada Attorneys for Defendants <br> *Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.* | By: /s/ <br> Kristina Pickering (#992) <br> Jean-Paul Hendricks (10079) <br> 900 Bank of America Plaza <br> 300 South Fourth Street <br> Las Vegas, Nevada 89101 <br> Attorneys for Defendants <br> *Caesars Palace Corp. and Caesars Palace Realty Corp.* |

**ORDER**

IT IS SO ORDERED this _____ day of November 2008.

_____
DISTRICT COURT JUDGE

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

Page 2 of 2

Case No.: