SAO
C. STANLEY HUNTERTON, ESQ.
Nevada Bar No. 1891
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-0098
Attorneys for Phase II Chin, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC), <br><br> Plaintiffs, <br><br> vs. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, and CAESARS PALACE REALTY CORP., <br><br> Defendants. | **CASE NO.: 2:08-cv-162-JCM-GWF** <br><br> **STIPULATION AND ORDER CONTINUE HEARING** |

IT IS HEREBY STIPULATED by and between the parties that the hearing date on Plaintiffs' Motion to Dismiss Forum Shops, LLC (#12) and Defendants' Motion to Dismiss Caesars Palace Corp. and Caesars Palace Realty Corp. (#20) presently set for December 2,

2008 may be continued to December 18, 2008 at the hour of 10:00 a.m. in the above-entitled courtroom.

DATED this 25th day of November 2008.

| HUNTERTON & ASSOCIATES | GEWERTER LAW OFFICES |
|---|---|
| By: /s/<br>C. Stanley Hunterton (#1891)<br>Pamela R. Lawson (#5044)<br>333 S. Sixth Street<br>Las Vegas, NV 89101<br>Nevada Attorneys for Plaintiff<br>*Phase II Chin, LLC* | By: /s/<br>Harold P. Gewerter (#499)<br>5440 W. Sahara Ave., Third Floor<br>Las Vegas, NV 89146<br>Nevada Attorneys for Plaintiff<br>*Love & Money, LLC* |
| LIONEL SAWYER & COLLINS | MORRIS PICKERING & PETERSON |
| By: /s/<br>Samuel S. Lionel (#1766)<br>300 S. Fourth Street, #1700<br>Las Vegas, NV 89101<br>Nevada Attorneys for Defendants<br>*Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.* | By: /s/<br>Kristina Pickering (#992)<br>Jean-Paul Hendricks (10079)<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants<br>*Caesars Palace Corp. and Caesars Palace Realty Corp.* |

**ORDER**

IT IS SO ORDERED this 26th day of November 2008.

_____
DISTRICT COURT JUDGE

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098