| | |
|---|---|
| 1 | LIONEL SAWYER & COLLINS |
| | Samuel S. Lionel (NSB #1766) |
| 2 | Charles H. McCrea, Jr. (NSB #104) |
| 3 | Christopher A. Mathews (NSB #10674) |
| | Lauren D. Calvert (NSB #10534) |
| 4 | 1700 Bank of America Plaza |
| | 300 South Fourth Street |
| 5 | Las Vegas, Nevada 89101 |
| | Tel   (702) 383-8888 |
| 6 | Fax   (702) 383-8845 |

Attorneys for Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, AND SIMON PROPERTY GROUP, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC), | Case No. 2:08-cv-00162-JCM-GWF |
| Plaintiffs, | |
| v. | **STIPULATION TO CONTINUE HEARING AND ORDER** |
| FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the hearing date on Plaintiffs' Motion to Dismiss Forum Shops, LLC (Doc. No. 12) and Defendants' Motion to Dismiss Caesars Palace Corp. and Caesars Palace Realty Corp. (Doc. No. 20) presently set for

. . . .

. . . .

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101

dockets.Justia.com

1  December 18, 2008 may be continued to February 6, 2009 at the hour of 10:30 AM in the above-
2  entitled courtroom.
3  DATED this 19th day of December 2008.

| HUNTERTON & ASSOCIATES | GEWERTER LAW OFFICES |
|---|---|
| /s/ Pamela R. Lawson | /s/ Harold Gewerter |
| C. Stanley Hunterton | Harold Gewerter |
| Pamela R. Lawson | 5440 W. Sahara Ave., Third Floor |
| 333 So. Sixth St. | Las Vegas, Nevada 89146 |
| Las Vegas, Nevada 89101 | |
| Counsel for Plaintiff Phase II Chin | Counsel for Plaintiff Love & Money, LLC |

MORRIS PICKERING & PETERSON

/s/ Steve Morris
Steve Morris
900 Bank of America Plaza
300 So. Fourth Street
Las Vegas, Nevada 89101

Counsel for Defendants Caesars Palace Corp.
and Caesars Palace Realty Corp.

LIONEL SAWYER COLLINS

/s/ Charles McCrea
Samuel S. Lionel
Charles McCrea
300 So. Fourth St. #1700
Las Vegas, Nevada 89101

Counsel for Defendants Forum Shops, LLC, Forum Developers
Limited Partnership, Simon Property Group Limited Partnership
and Simon Property Group, Inc.

**ORDER**

IT IS SO ORDERED this 22nd day of December 2008.

_____
UNITED STATES DISTRICT JUDGE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101