MORRIS PICKERING & PETERSON
Kristina Pickering, No. 992
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC),<br><br>Plaintiffs,<br><br>vs.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.,<br><br>Defendants. | CASE NO. 2:08-cv-162-JCM-GWF<br><br><br><br><br><br>**STIPULATION AND ORDER RE WITHDRAWAL OF COUNSEL** |

Pursuant to LR IA 10-6, the undersigned represent and stipulate as follows:

1. Defendants are currently represented by Morris Pickering & Peterson;

2. Effective January 5, 2009, Kristina Pickering is leaving private practice to join the Nevada Supreme Court, requiring her withdrawal as counsel in this case.

3. The firm will continue under the name of Morris Peterson.

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

4. Defendants Caesars Palace Corp. and Caesars Palace Realty Corp. consent to Ms. Pickering's withdrawal as counsel in this case and to their continued representation by Steve Morris of Morris Peterson.

MORRIS PICKERING & PETERSON

By: /s/ Kristina Pickering
Kristina Pickering, Bar No. 0992

MORRIS PETERSON

By: /s/ Steve Morris
Steve Morris, Bar No. 1543
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

Defendants Caesars Palace Corp.
and Caesars Palace Realty Corp.

By: /s/ Michael Kostinsky
Michael Kostrinsky

ORDER

IT IS SO ORDERED

Dated: January 6, 2009

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422