Philip Heller, PLC (CA State Bar No. 113938)
ph@philipheller.com
Jerold Fagelbaum, Esq. (CA State Bar No. 92584)
office@fhllplaw.com
**FAGELBAUM & HELLER LLP**
2049 Century Park East, Suite 4250
Los Angeles, CA 90067
Telephone: 310.286.7666
Facsimile: 310.286.7086


C. STANLEY HUNTERTON, ESQ
Nevada Bar No. 5044
**HUNTERTON & ASSOCIATES**
333 S. Sixth Street
Las Vegas, NV 89101
Telephone: 702.388.0098
Facsimile: 702.388.0361

Attorneys for Plaintiff Phase II Chin, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY LLC (formerly dba O.P.M.L.V., LLC), <br><br>Plaintiffs,<br><br>and<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PLACE CORP., and CAESARS PALACE REALTY CORP.<br><br>Defendants | Case No. 2:08-cv-00162-JCM-GWF<br><br>**REQUEST FOR STATUS CONFERENCE**<br><br>DATE: To Be Determined<br>TIME: To Be Determined<br>CTR: Hon. James C. Mahan |

1

# I.
## PRELIMINARY STATEMENT

Plaintiff Phase II Chin, LLC ("Chinois") respectfully requests that the Court conduct a telephonic status conference, at a date and time convenient to the Court, in order to address the appropriate sequencing of two Motions to Dismiss filed by Defendants, currently scheduled to be heard before the Court on February 6, 2009 at 10:30 a.m., and a Motion to Disqualify counsel for Defendants Caesars Palace Corp. and Caesars Palace Realty Corp., filed by Plaintiff Chinois, currently scheduled to be heard before Magistrate Judge George W. Foley, Jr., on February 12, 2009 at 9:30 a.m.

# II.
## RELEVANT BACKGROUND

Currently before this Court are two Motions to Dismiss, one filed by Lionel Sawyer & Collins, on behalf of Defendants Forum Shops LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc., and a second by Morris Pickering & Peterson, on behalf of Defendants Caesars Palace Corp. and Caesars Palace Realty Corp. Pursuant to Stipulation and Court Order, the hearing on these two Motions has been continued several times for a variety of reasons. That hearing is now set before the District Court for February 6, 2009.

Due to counsel for the Caesars Defendants' recent election to the Nevada Supreme Court, attorney Steve Morris has substituted in for attorney Kris Pickering, and Morris Pickering & Peterson has become Morris Peterson. For reasons fully detailed in its Motion, on January 5, 2009 Plaintiff Chinois filed a Motion to Disqualify Steve Morris and Morris Peterson from representing the Caesars Defendants in this case. The Court has referred the Motion to Magistrate Judge Foley, where it currently is set for a hearing on February 12, 2009, the first date available for the Magistrate Judge.

Plaintiff's counsel contacted the Court's clerk to request that the Motion to Disqualify be heard prior to the Motions to Dismiss (obviously if Plaintiff's Motion to Disqualify is granted then Morris Peterson should not be appearing on behalf of the Caesars Defendants to

argue their Motion to Dismiss). The Court's clerk indicated the Court would continue the hearing of the Motions to Dismiss until after the hearing of the Motion to Disqualify pursuant to a stipulation of the parties. The Court clerk further advised that February 24, 26 and 27, 2009 were dates convenient to the Court.

Subsequently, a telephone call to the Court's clerk was initiated by counsel for Plaintiff (Mr. Fagelbaum) and counsel for the Forum Defendants (Mr. McCrea) and a message was left advising the Court that the parties were unable to reach a stipulation voluntarily agreeing to sequencing the Motions as requested by Plaintiff Chinois.

## III.

## PURPOSE OF THE REQUEST FOR STATUS CONFERENCE

Plaintiff Chinois requests a telephonic Status Conference so that the Court may determine the appropriate sequencing of the Motions now respectively set for February 6, 2009 before the District Court and February 12, 2009 before the Magistrate Judge. Plaintiff's request that the Court continue the hearing on the two Motions to Dismiss until a date convenient to the Court after the hearing on the Motion to Disqualify is objected to by counsel for the Forum Defendants.

Dated: January 22, 2009          FAGELBAUM & HELLER LLP

                                 By: _____
                                 Jerold Fagelbaum
                                 2049 Century Park East, Suite 4250
                                 Los Angeles, CA 90067-3254
                                 Attorneys for Phase II Chin, LLC

Dated: January 22, 2009          HUNTERTON & ASSOCIATES

                                 By: _____
                                 C. Stanley Hunterton
                                 333 S. Sixth Street
                                 Las Vegas, NV 89101
                                 Attorneys for Phase II Chin, LLC .

# CERTIFICATE OF SERVICE
[US DISTRICT COURT – NEVADA
CASE NO. 2:08-CV-00162 JCM (GWF)]

I hereby certify that on January 22, 2009 I caused a true and correct copy of the foregoing Request for Status Conference to be served on counsel for all parties via electronic filing the Court's ECF System.

| | |
|---|---|
| Samuel S. Lionel, Esq.<br>Charles McCrea, Esq.<br>**LIONEL SAWYER & COLLINS**<br>300 So. Fourth Street, # 1700<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendants Forum Shops, LLC Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc. | **(FORMER ATTORNEYS)**<br>Kristina Pickering, Esq.<br>**MORRIS PICKERING & PETERSON**<br>900 Bank of America Plaza<br>300 So. Fourth Street<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendants Caesars Palace Corp. and Caesars Palace Realty Corp. |
| Harold Gewerter, Esq.<br>**GEWETER LAW OFFICES**<br>5440 W. Sahara Avenue, Third Floor<br>Las Vegas, Nevada 89146<br><br>Attorneys for Plaintiff Love & Money, LLC | C. Stanley Hunterton, Esq.<br>Pamela R. Lawson, Esq.<br>333 SO. Sixth Street<br>Las Vegas, Nevada 89101<br><br>Attorneys for Plaintiff Phase II Chin, LV. |
| George W. Foley, Jr.<br>**Magistrate Judge**<br>Court Room 3A<br>United States District Court – District of Nevada<br>333 Las Vegas Blvd. South<br>Las Vegas, Nevada 89101 | **(NEW ATTORNEYS)**<br><br>Steve Morris, Esq.<br>**MORRIS PETERSON**<br>900 Bank of America Plaza<br>300 So. Fourth Street<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendants Caesars Palace Corp. and Caesars Palace Realty Corp. |

*/s/ Nina J. Little*

-1-