**JOINTLY SUBMITTED**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC),<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.,<br><br>　　　　　Defendants. | CASE NO. 2:08-cv-162-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION AND REPLY**<br><br>**FIRST REQUEST** |

At the request of Caesars Palace Realty Corporation and Caesars Palace Corporation ("Caesars Defendants"), Plaintiff Phase II Chin, LLC hereby stipulates with the Caesars Defendants as follows:

1. On January 5, 2009, Plaintiff Phase II Chin, LLC filed a Motion to Disqualify Steve Morris and the Law Firm of Morris Pickering & Peterson (now Morris Peterson) (#70) ("Chin Motion to Disqualify"). Caesars Defendants' opposition to the Chin Motion to Disqualify is due January 23, 2009.

2. Pursuant to LR 7-2(c) and Fed. R. Civ. P. 6(d), Phase II Chin, LLC's reply to Caesars Defendants' anticipated opposition to the Chin Motion to Disqualify (#70) is due 14 days after the opposition is filed or at the latest, February 6, 2009.

3. The parties hereto agree to permit the Caesars Defendants to file and serve their opposition to the Chin Motion to Disqualify (#70) not later than Monday January 26, 2009. Thereafter, Phase II Chin's anticipated reply will remain due not later than February 6, 2009.

4. Considering that the due date for the anticipated reply remains unchanged, the parties agree the hearing on the instant motion may go forward as scheduled on February 12, 2009, at 9:30 a.m.

5. This stipulation is conditioned on the Magistrate Judge's approval of the proposed extension of deadlines and maintenance of the above hearing date.

6. This is the first extension of a deadline for opposition in this case. It represents an extension of at most 3 days of the Friday January 23, 2009 deadline for Caesars Defendants to Oppose the Chin Motion to Disqualify (#70).

Dated: January 23, 2009

HUNTERTON AND ASSOCIATES

By: /s/ Pamela Lawson
    C. Stanley Hunterton, No. 1891
    Pamela R. Lawson, No. 5044
    333 South Sixth Street
    Las Vegas, Nevada 89101

Attorneys for Plaintiff
Phase II, Chin, LLC

Dated: January 23, 2009

MORRIS PETERSON

By: /s/ Steve Morris
    Steve Morris, No. 1543
    Jean-Paul Hendricks, No. 10079
    900 Bank of America Plaza
    300 South Fourth Street
    Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

Dated: January 23, 2009

FAGELBAUM & HELLER LLP

By: /s/ Jerold Faglebaum
    Jerold Fagelbaum
    2049 Century Park East, Suite 4250
    Los Angeles, CA 90067-3254

Attorneys for
Phase II Chin, LLC

ORDER

IT IS SO ORDERED.

Dated: _____, 2009.

_____
United States [District] [Magistrate] Judge