MORRIS PETERSON
Steve Morris, No. 1543
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP., <br><br> Defendants. | CASE NO. 2:08-cv-162-JCM-GWF <br><br> **NOTICE OF FILING [CORRECTED] OPPOSITION TO PLAINTIFF PHASE II CHIN, LLC'S MOTION TO DISQUALIFY ATTORNEY STEVE MORRIS AND THE LAW FIRM OF MORRIS PICKERING & PETERSON (NOW MORRIS PETERSON)** |

Defendants Caesars Palace Corp. and Caesars Palace Realty Corp. ("Caesars") hereby give notice of filing its [Corrected] Opposition to Plaintiff Phase II Chin, LLC's Motion to Disqualify Attorney Steve Morris and the Law Firm of Morris Pickering & Peterson (now Morris Peterson). This corrected version supercedes the Opposition filed yesterday which, because of drafting and editing errors, had several incorrect and incomplete citations and a dropped footnote on page 4. The erroneous citations have been corrected and footnote 2 added in the [Corrected] Opposition. No text has been changed, nor has anything substantive been added to the corrected version. The corrections are:

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

| Page | Line: | CORRECTION: |
|------|-------|-------------|
| 1 | Line 25 | Declarations of Steve Morris and Michael Kostrinsky, |
| 2 | Line 17 | Phillip Heller Declaration ¶5 ("Heller Decl.") |
| 3 | Line 5 | Decl. |
| 4 | Line 6 | Morris Decl. ¶2, Heller Decl. ¶¶3-4, |
| 4 | Line 11-12 | Deleted: (Plaintiff Phase II Chin LLC is herein referred to as Chinois). |
| 4 | Line 15 | Deleted: "January 26, 2009" |
| 4 | Line 16 | not |
| 4 | Line 22 | Footnote 2 added |
| 4 | Line 28 | court," Heller Decl. ¶4, |
| 5 | Line 13 | Deleted: "in" |
| 6 | Line 9 | Added space |
| 10 | Line 8 | Ex. 1 hereto. |
| 10 | Line 11 | *U.S. v. Walker River Irrigation District* |
| 10 | Line 19 | court |
| 11 | Line 27 | Ex. 2 hereto. |
| 12 | Line 9 | Polyargo." |
| 16 | Line 3 | Motion at 5, |
| 16 | Line 18 | Heller Decl. ¶5; Motion at 5. |

Exhibit 4    *Laryngeal Mask v. Ambu*, 2008 WL 558561 (S.D. Cal. 2008)

Exhibit 5    *Leathem v. City of Laprote, Indiana*, 2008 WL 1804150 (N.D. Ind. 2008)

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

| 1 | Please disregard the opposition you received on January 26 and refer |
| 2 | to the [Corrected] Opposition being filed with this notice. |

MORRIS PETERSON

By: _____
Steve Morris, No. 1543
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of Morris Peterson, and that the following documents were served via electronic service: **NOTICE OF FILING [CORRECTED] OPPOSITION TO PLAINTIFF PHASE II CHIN, LLC'S MOTION TO DISQUALIFY ATTORNEY STEVE MORRIS AND THE LAW FIRM OF MORRIS PICKERING & PETERSON (NOW MORRIS PETERSON)** TO:

C. Stanley Hunterton
Pamela R. Lawson
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101

Philip Heller
FAGELBAUM & HELLER, LLP
2049 Century Park East, Suite 4250
Los Angeles, CA 90067

Attorneys for Plaintiff
Phase II Chin, LLC

Samuel S. Lionel
LIONEL SAWYER & COLLINS
300 S. Fourth St., #1700
Las Vegas, Nevada 89101

Attorneys for Defendants
Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc.

Harold Gewerter
GEWERTER LAW OFFICES
5440 W. Sahara Ave. Third Floor
Las Vegas, Nevada 89146

Attorneys for Plaintiff
Love & Money, LLC

DATED this 27th day of January, 2009.

By: /s/ Patricia [signature]

MORRIS PETERSON
ATTORNEYS AT LAW
300 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

4