MORRIS PETERSON
Steve Morris, Bar No. 1543
Jean-Paul Hendricks, Bar No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422
Email: sm@morrislawgroup.com
Email: jph@morrislawgroup.com

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP., <br><br> Defendants. | CASE NO. 2:08-cv-162-JCM-GWF <br><br> **ORDER AFFIRMING MAGISTRATE JUDGE GEORGE FOLEY'S FEBRUARY 19, 2009, ORDER DENYING MOTION TO DISQUALIFY ATTORNEY STEVE MORRIS AND THE LAW FIRM OF MORRIS PETERSON** |

Plaintiffs' Objections to Magistrate Judge Foley's Order Denying Plaintiffs' Motion to Disqualify Counsel For The Caesars Defendants came on for hearing on March 12, 2009. Jerold Fagelbaum, Stanley Hunterton, and Pamela Lawson appeared for plaintiff Phase II Chin, LLC. Harold Gewerter appeared for plaintiff Love & Money, LLC. Steve Morris appeared for defendants Caesars Palace Corporation and Caesars Palace Realty Corporation. Samuel Lionel and Charles McCrea appeared for defendants Forum Shops, LLC, Forum Developers

MORRIS PETERSON
ATTORNEYS AT LAW
300 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc.  The Court has read and considered the papers on file and heard arguments regarding the same under 28 U.S.C. § 636(b)(1)(A).  Good cause appearing, it is hereby

**ORDERED**

that the objections to Magistrate Judge Foley's February 19, 2009 Order Denying the Motion to Disqualify Attorney Steve Morris and the Law Firm of Morris Peterson are overruled and the order is hereby **AFFIRMED**.

Dated: _March 18_____, 2009

_____
JAMES C. MAHAN
United States District Judge

Submitted by:

MORRIS PETERSON

By: _____
Steve Morris, Bar No. 1543
Jean-Paul Hendricks, Bar No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corporation and
Caesars Palace Realty Corporation

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2