HAROLD P. GEWERTER, ESQ.　　　　　　　　　　　　　　　E-filed: 03/16/2009
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
5440 W. Sahara Avenue, Third Floor
Las Vegas, Nevada 89146
Telephone: (702) 382-1714
Fax: (702) 382-1759
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, formerly O.P.M.L.V., LLC, | Case No. 2:08-cv-00162-JCM-GWF |
| Plaintiffs, | |
| vs. | |
| FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, CAESARS PALACE REALTY CORP., DOES 1 through 20, AND ROE CORPORATIONS 1 through 20, | |
| Defendants. | |

**ORDER DENYING DEFENDANTS MOTIONS TO DISMISS**

**(And in the Alternative Motion to Strike)**

This matter is before the Court on all Defendants' Motions to Dismiss. The Court conducted a hearing in this matter on March 12, 2009. Jerold Fagelbaum, Esq. of Fagelbaum & Heller, LLP and Stanley Hunterton, Esq. and Pamela Lawson, Esq., of Hunterton and Associates, appearing on behalf of Plaintiff, Phase II Chin, LLC, Harold P. Gewerter, Esq., of the law firm of Harold P. Gewerter, Esq., Ltd., appearing on behalf of Plaintiff, Love & Money, LLC, Samuel Lionel, Esq. and Charles McCrea, Esq., of Lionel Sawyer & Collins, appearing on behalf of

1

1  Defendants Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group
2  Limited Partnership and Simon Property Group, Inc., and Steve Morris, Esq. of the law firm of
3  Morris Peterson, appearing on behalf of Defendants Caesar's Palace Corp. and Caesar's Palace
4  Realty Corp.   The Court has read and considered all pleadings and papers on file herein, and the
5  argument of counsel at the time of the hearing.

6      Good cause appearing it is hereby ORDERED that all Defendants Motions to Dismiss,
7  and in the alternative Motion to Strike are hereby denied in their entirety.

8      DATED this __17th__ day of March, 2009.

9
10                                  */s/ James C. Mahan*
                              U.S. District Court Judge James C. Mahan

11
12  Submitted by:
   HAROLD P. GEWERTER, ESQ., LTD.
13
14        /s/  Harold P. Gewerter, Esq.
   HAROLD P. GEWERTER, ESQ.
15  Nevada Bar No. 499
   5440 W. Sahara Avenue, Third Floor
16  Las Vegas, Nevada  89146
17  Attorney for Plaintiff
   Love & Money, LLC
18
19
20
21
22
23
24
25
26
27
28