MORRIS PETERSON
Steve Morris, No. 1543
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422
Email: sm@morrislawgroup.com
Email: jph@morrislawgroup.com

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.,<br><br>Defendants. | CASE NO. 2:08-cv-0162-JCM-GWF<br><br>**DEFENDANT CAESARS PALACE CORP.'S ANSWER TO COMPLAINT** |

Defendants Caesars Palace Corp. hereby answers the Complaint as follows:

1. Caesars Palace Corp. lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraphs 1 through 6, 9 through 12, 14, 15, 17 through 25, 38, 43 through 49, 52 through 54, 63, 66, 69, 70, 72, 73, 75 through 78, 80 through 83, 85 through 88 and 94 through 96, and denies the allegations on that basis.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2. Caesars Palace Corp. denies the allegations contained in paragraphs 7, 26 through 30, 32 through 37, 39 through 42, 50, 51, 55 through 62, 64, 65, 67, 68, 90 through 92, 98, 99, 101 through 104.

3. The allegations contained in paragraphs 8 and 13 are not directed to Caesars Palace Corp. and therefore it denies these allegations on that basis.

4. Based upon information and belief, Caesars Palace Corp. admits the allegations contained in paragraphs 16.

5. Paragraph 31 calls for a legal conclusion and requires no response. To the extent that this paragraph does contain allegations requiring a response, Caesars Palace Corp. denies them.

6. Caesars Palace Corp denies paragraphs 71, 74, 79, 84, 89, 93, 97 and 100 because they do not require a response, to the extent they do contain allegations requiring a response, Caesars Palace Corp. denies them.

7. Caesars Palace Corp. denies all allegations in plaintiff's "Wherefore" clause on pages 25:18 - 26:10.

8. Caesars Palace Corp. denies any allegation contained in the complaint that it did not expressly and explicitly admit.

## *AFFIRMATIVE DEFENSES*

1. Plaintiff's complaint fails to state a claim upon which relief can be granted. Caesars Palace Corp. reserves all rights to assert defamation actions against plaintiffs and plaintiffs' counsel.

2. Plaintiffs claims are barred by the applicable statute of limitations.

3. Plaintiffs' complaint is barred by the doctrine of unclean hands.

4. Plaintiffs claims are barred by the doctrine of laches.

5. Plaintiffs claims are barred by the doctrines of estoppel and/or waiver.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

6. Plaintiffs claims are barred by the absence of privity.

7. Plaintiffs lack standing to assert the claims they have attempted to state.

8. All actions alleged against Caesars Palace Corp. were taken in good-faith in the reasonable belief that they were necessary and lawful.

9. Plaintiffs claims against Caesars Palace Corp. are barred because it has not acted in concert with anyone with the intent to accomplish an unlawful objective or in any manner discriminate against Plaintiffs or patrons of OPM.

10. Plaintiffs claims against Caesars Palace Corp. do not arise out of or involve an impaired contractual relationship between the Plaintiffs and Caesars Palace Corp. that would be required to support an action under 42 U.S.C. § 1981.

### *PRAYERS FOR RELIEF*

WHEREFORE, Caesars Palace Corp. prays for relief as follows:

1. That plaintiffs take nothing by way of this complaint.
2. Any and all other forms of relief that the court deems just and proper.

MORRIS PETERSON

By: [signature]
Steve Morris, Bar No. 1543
Jean-Paul Hendricks, Bar No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corp. and
Caesars Palace Realty Corp.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of Morris Peterson, and that the following documents were served via electronic service:

**DEFENDANT CAESARS PALACE CORP.'S ANSWER TO COMPLAINT**

TO:

C. Stanley Hunterton
Pamela R. Lawson
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101

Philip Heller
FAGELBAUM & HELLER, LLP
2049 Century Park East, Suite 4250
Los Angeles, CA 90067

Attorneys for Plaintiff
Phase II Chin, LLC

Samuel S. Lionel
LIONEL SAWYER & COLLINS
300 S. Fourth St., #1700
Las Vegas, Nevada 89101

Attorneys for Defendants
Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc.

Harold Gewerter
GEWERTER LAW OFFICES
5440 W. Sahara Ave. Third Floor
Las Vegas, Nevada 89146

Attorneys for Plaintiff
Love & Money, LLC

DATED this 31st day of March, 2009.

By: Patricia Cannon

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

4