LIONEL SAWYER & COLLINS
Samuel S. Lionel (NSB #1766)
slionel@lionelsawyer.com
Charles H. McCrea, Jr. (NSB #104)
cmccrea@lionelsawyer.com
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel    (702) 383-8888
Fax    (702) 383-8845

Attorneys for FORUM SHOPS, LLC,
FORUM DEVELOPERS LIMITED
PARTNERSHIP, SIMON PROPERTY
GROUP LIMITED PARTNERSHIP and
SIMON PROPERTY GROUP, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC), <br><br> Plaintiffs, <br><br> v. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP. <br><br> Defendants, | Case No. 2:08-cv-00162-JCM-GWF <br><br> **FORUM DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |
| AND RELATED ACTIONS. | |

Pursuant to FED. R. CIV. P. 7.1 and L.R. 7.1-1, the undersigned counsel of record for defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP and SIMON PROPERTY GROUP,

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101

CERTIFICATE OF INTERESTED PARTIES, Page 1 of 2

dockets.Justia.com

INC. (collectively "Forum Defendants") certifies that there are no known parties other than those participating in the case that have an interest in the outcome of this case and that, for purposes of recusal, Forum Defendants disclose that (1) defendant Forum Shops, LLC is a Delaware limited liability company, the managing member of which is defendant Forum Developers Limited Partnership; (2) defendant Forum Developers Limited Partnership is a Nevada limited partnership, the general partner of which is defendant Simon Property Group Limited Partnership; (3) defendant Simon Property Group Limited Partnership is a Delaware limited partnership, the general partner of which is defendant Simon Property Group, Inc.; and (4) defendant Simon Property Group, Inc. is a publicly traded Delaware corporation (NYSE: SPG).

These representations are made to enable the judges of this Court to evaluate possible disqualification or recusal.

LIONEL SAWYER & COLLINS

By: *[signature]*
Samuel S. Lionel (NSB #1766)
Charles H. McCrea, Jr. (NSB #104)

Attorneys for FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP and SIMON PROPERTY GROUP, INC.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101

CERTIFICATE OF INTERESTED PARTIES, Page 2 of 2