HAROLD P. GEWERTER, ESQ.  E-filed: 04/09/2009
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
5440 W. Sahara Avenue, Third Floor
Las Vegas, Nevada 89146
Telephone: (702) 382-1714
Fax: (702) 382-1759
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, formerly O.P.M.L.V., LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., CAESARS PALACE REALTY CORP., DOES 1 through 20, AND ROE CORPORATIONS 1 through 20, <br><br> Defendants. | Case No. 2:08-cv-00162-JCM-GWF <br><br><br> **PLAINTIFF LOVE & MONEY, LLC'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to FRCP 7.1 and 7.1-1, the undersigned counsel of record for the Plaintiff, LOVE & MONEY, LLC certifies that the following persons and entities have a direct, pecuniary interest in the outcome of this case:

    1) Plaintiff Love & Money, LLC

    2) Plaintiff, Phase II Chin, LLC

    3) Defendant, Forum Shops, LLC

    4) Defendant Forum Developers Limited Partnership

    5) Defendant Simon Property Group Limited Partnership

1

6) Simon Property Group, Inc.

7) Caesars Palace Corp.

8) Caesars Palace Realty Corp.

DATED this 9th day of April, 2009.

          HAROLD P. GEWERTER, ESQ., LTD.

           /s/ Harold P. Gewerter, Esq.
          HAROLD P. GEWERTER, ESQ.
          Nevada Bar No. 499
          5440 W. Sahara Avenue, Third Floor
          Las Vegas, Nevada 89146
          Attorney for Plaintiff
          Love & Money, LLC