C. STANLEY HUNTERTON, ESQ.
Nevada Bar No. 1891
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-0098
Attorneys for Phase II Chin, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHASE II CHIN, LLC and LOVE
& MONEY, LLC, (formerly dba
O.P.M.L.V., LLC),

                    Plaintiffs,

vs.

FORUM SHOPS, LLC, FORUM
DEVELOPERS LIMITED
PARTNERSHIP, SIMON
PROPERTY GROUP LIMITED
PARTNERSHIP, SIMON
PROPERTY GROUP, INC.,
CAESARS PALACE CORP, and
CAESARS PALACE REALTY
CORP.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.: 2:08-cv-162-JCM-GWF**

## SUBSTITUTION OF ATTORNEYS

LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC, Plaintiff, hereby substitutes

HUNTERTON & ASSOCIATES, 333 So. Sixth St., Las Vegas, Nevada 89101, 702-388-

0098, as attorney of record in place and stead of GEWERTER LAW OFFICES.

GEWERTER LAW OFFICES

DATED: _5-4-09_                          _____
                                       Harold P. Gewerter
                                       5440 W. Sahara Ave., 3rd Floor
                                       Las Vegas, NV 89146

Case No.:

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

Dockets.Justia.com

I consent to the above substitution.

LOVE & MONEY, LLC

DATED this _5-4-09_ _[signature]_
Michael Goodwin

I am duly admitted to practice in this District.

Above substitution accepted.     HUNTERTON & ASSOCIATES

DATED: _5-4-09_ _[signature]_
Pamela R. Lawson
333 So. Sixth St.
Las Vegas, NV 89101

I have been retained in this matter.

HUNTERTON & ASSOCIATES

_[signature]_
Pamela R. Lawson
333 So. Sixth St.
Las Vegas, NV 89101

DATED:_____     _____
UNITED STATES DISTRICT JUDGE

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

Case No.: