# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Phase II Chin, LLC and Love & Money LLC (formerly dba O.P.M.L.V., LLC)

Plaintiff,

vs.

Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited

Defendant(s).

Case # 2:08-cv-00162-JCM-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Louren Oliveros_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at ____Albuquerque, NM 87102____.
   (city)

   ____Bernalillo____, ____New Mexico____.
   (county)         (state)

2. That Petitioner is an attorney at law and a member of the law firm of

   ____Gorence & Oliveros, P.C.____ with offices at

   ____201 12th Street, NW____,
   (street address)

   ____Albuquerque, NM____, ____87102____, ____(505) 244-0214____.
   (city)              (zip code)    (area code + telephone number)

   ____oliveros@gopcfirm.com____.
   *(Email address)*

Dockets.Justia.com

3. That Petitioner has been retained personally or as a member of the law firm by ___Love & Money, LLC___ [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since ___09/24/01___ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of ___New Mexico___ (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court of New Mexico | 05/23/02 | 02-59 |
| United States Court of Appeals for the Tenth Circuit | 02/24/05 | |
| New Mexico State Courts | 09/24/01 | 14689 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of New Mexico

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 03/31/08 | USA v. Amaya, EP 08 CR 754 KC | USDC Western Dist. of Texas El Paso | Granted |
| 07/18/08 | USA v. Arana, 07 CR 40 RLY WGH | USDC Southern Dist. of Indiana Evans | Granted |
| 09/11/07 | State v. Tafoya, 07 CR 223 | District Court, Morgan County, State | Granted |
| 10/23/08 | State v. Marchiondo, TR 2007-05 | Seligman Justice Court, County of Ya | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF  New Mexico  )
COUNTY OF  Bernalillo  )

____Louren Oliveros____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this _24th_ day of ____April____, __2009__.

_____
Notary public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __C. Stanley Hunterton__, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

333 So. Sixth St.
Las Vegas, Nevada  89101
(702) 388-0098

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____C. Stanley Hunterton_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____/s/_____ Managing Member
(Party signature)                    Law Money LLC.

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/_____ 1891
Designated Resident Nevada Counsel's Signature     Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07/06



IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# Certificate

STATE OF NEW MEXICO }
} ss.
SUPREME COURT }

    I, KATHLEEN JO GIBSON, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that **LOUREN OLIVEROS** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on _September 24, 2001_, and has at all times since been and is now a member of the Bar of said Supreme Court in good standing.

    "Good standing" means that the attorney is current on payment of State Bar dues; has complied with Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

WITNESS, My official signature and the seal of said Court this __23rd__ day of __April, 2009__.

_Kathleen Jo Gibson_
Chief Clerk of the Supreme Court
of the State of New Mexico