## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

PHASE II CHIN LLC, et al.

   Plaintiffs,

v

FORUM SHOPS LLC, et al.

   Defendants.

2:08-CV-162 JCM (GWF)

**MINUTE ORDER IN CHAMBERS**

PRESENT:
THE HONORABLE **JAMES C. MAHAN,** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>DAVID OAKES</u>   COURT RECORDER: <u>NOT RECORDED</u>

PRESENT FOR PLAINTIFF: <u>NONE PRESENT</u>

PRESENT FOR DEFENDANT: <u>NONE PRESENT</u>

IN CHAMBERS:

 **IT IS THE ORDER OF THE COURT** that Robert Bowles counsel is directed to correct paragraphs 6 & 9 (no lines to be left blank) in Robert Bowles' verified petition (#112) ) within **(14)** days of the entry of this order and re-file using the "Notice of Corrected Image/Document" event in CM/ECF.

 Petitioner's failure to take such corrective measures will result in the denial of Mr. Bowles' Verified petition.

        **LANCE S. WILSON, CLERK**
        **U.S. DISTRICT COURT**

        By:   /S/
         DAVID OAKES, DEPUTY CLERK