AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____NEVADA_____

PHASE II CHIN, LLC and LOVE & MONEY, LLC,
               Plaintiff(s),

V.

FORUM SHOPS, LLC, FORUM DEVELOPERS LI
               Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:08-cv-162-JCM-GWF

Notice is hereby given that, subject to approval by the court, __Phase II Chin, LLC__ substitutes
                                          (Party (s) Name)

__Robert Jason Bowles__, State Bar No. __NM 5422__ as counsel of record in
(Name of New Attorney)

place of __Philip Heller__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Bowles & Crow
    Address: 201 Third Street, NW, Suite 1370, Albuquerque, NM 87102
    Telephone: (505) 217-2680      Facsimile (505) 217-2681
    E-Mail (Optional): Jason@bowlesandcrow.com

I consent to the above substitution.
Date: _____            (Signature of Party (s))

I consent to being substituted.
Date: 5/4/09            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/1/2009            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Dockets.Justia.com