AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of **NEVADA**

PHASE II CHIN, LLC and LOVE & MONEY, LLC,
                Plaintiff(s),

V.

FORUM SHOPS, LLC, FORUM DEVELOPERS LI
                Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:08-cv-162-JCM-GWF

Notice is hereby given that, subject to approval by the court, **Phase II Chin, LLC** substitutes
                                                                                   (Party (s) Name)

**B.J. Crow**, State Bar No. **NM 17915** as counsel of record in
         (Name of New Attorney)

place of **Philip Heller**
                             (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Bowles & Crow
    Address: 201 Third Street, NW, Suite 1370, Albuquerque, NM 87102
    Telephone: (505) 217-2680    Facsimile (505) 217-2681
    E-Mail (Optional): BJ@bowlesandcrow.com

I consent to the above substitution.
Date: _____        _____
                                                                               (Signature of Party (s))

I consent to being substituted.
Date: **5/4/04**                   _____
                                                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date: **5/1/2009**              _____
                                                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
                                                                               Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Dockets.Justia.com