AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     NEVADA

PHASE II CHIN, LLC and LOVE & MONEY, LLC,
                 Plaintiff(s),

V.

FORUM SHOPS, LLC, FORUM DEVELOPERS LI
                 Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:08-cv-162-JCM-GWF

Notice is hereby given that, subject to approval by the court, __Phase II Chin, LLC__ substitutes
                                                                                                        (Party (s) Name)

__Robert Jason Bowles__, State Bar No. __NM 5422__ as counsel of record in
(Name of New Attorney)

place of __Philip Heller__
                   (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Bowles & Crow
Address:         201 Third Street, NW, Suite 1370, Albuquerque, NM 87102
Telephone:      (505) 217-2680        Facsimile (505) 217-2681
E-Mail (Optional): Jason@bowlesandcrow.com

I consent to the above substitution.
Date: _____      _____
                                                                    (Signature of Party (s))

I consent to being substituted.
Date:      5/4/09            _____
                                                                    (Signature of Former Attorney(s))

I consent to the above substitution.
Date:      5/1/2009        _____
                                                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     May 7, 2009                _George Foley Jr._
                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]