AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     NEVADA

PHASE II CHIN, LLC and LOVE & MONEY, LLC,
                         Plaintiff(s),
                            V.
FORUM SHOPS, LLC, FORUM DEVELOPERS LI
                        Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:08-cv-162-JCM-GWF

Notice is hereby given that, subject to approval by the court, **Phase II Chin, LLC** substitutes
(Party (s) Name)

**B.J. Crow**, State Bar No. **NM 17915** as counsel of record in
(Name of New Attorney)

place of    **Philip Heller**
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      Bowles & Crow
    Address:      201 Third Street, NW, Suite 1370, Albuquerque, NM 87102
    Telephone:      (505) 217-2680      Facsimile (505) 217-2681
    E-Mail (Optional):      BJ@bowlesandcrow.com

I consent to the above substitution.
Date: _____
                                                (Signature of Party (s))

I consent to being substituted.
Date:      5/4/09
                                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date:      5/1/2009
                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     May 7, 2009                *George Foley Jr.*
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]