C. STANLEY HUNTERTON, ESQ.
Nevada Bar No. 1891
PAMELA R. LAWSON, ESQ.
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-0098
Attorneys for Phase II Chin, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC),

Plaintiffs,

vs.

FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP, and CAESARS PALACE REALTY CORP.,

Defendants.

CASE NO.: 2:08-cv-162-JCM-GWF

SUBSTITUTION OF ATTORNEYS

LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC, Plaintiff, hereby substitutes HUNTERTON & ASSOCIATES, 333 So. Sixth St., Las Vegas, Nevada 89101, 702-388-0098, as attorney of record in place and stead of GEWERTER LAW OFFICES.

GEWERTER LAW OFFICES

DATED: 5-4-09

Harold P. Gewerter
5440 W. Sahara Ave., 3rd Floor
Las Vegas, NV 89146
HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098
Page 1 of 2

Case No.:

Page 1 of 2

Case No.:

I consent to the above substitution.

LOVE & MONEY, LLC

DATED this 5-4-09    _____
                    Michael Goodwin

I am duly admitted to practice in this District.

Above substitution accepted.    HUNTERTON & ASSOCIATES

DATED: 5-4-09    _____
                 Pamela R. Lawson
                 333 So. Sixth St.
                 Las Vegas, NV 89101

I have been retained in this matter.

HUNTERTON & ASSOCIATES

_____
Pamela R. Lawson
333 So. Sixth St.
Las Vegas, NV 89101

DATED: May 7, 2009    _____
                      GEORGE FOLEY, JR.
                      United States Magistrate Judge

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

Case No.: