1
2
3
4
5
6  **UNITED STATES DISTRICT COURT**
    **DISTRICT OF NEVADA**
7

8  PHASE II CHIN, and LOVE & MONEY, LLC (formerly    )    Case # 2:08-CV-00162-JCM-GWF
   dba O.P.M.L.V., LLC)                              )
9          Plaintiff,                                )
                                                     )    **VERIFIED PETITION FOR**
10         vs.                                       )    **PERMISSION TO PRACTICE**
                                                     )    **IN THIS CASE ONLY BY**
11                                                   )    **ATTORNEY NOT ADMITTED**
   FORUM SHOPS, LLC, FORUM DEVELOPERS               )    **TO THE BAR OF THIS COURT**
12 LIMITED PARTNERSHIP, SIMON PROPERTY, ET AL.      )    **AND DESIGNATION OF**
                                                     )    **LOCAL COUNSEL**
13                                                   )
          Defendant(s).                              )    EFFECTIVE JUNE 1, 2004
14                                                   )    FILING FEE IS $175.00

15

16 _____Robert Jason Bowles_____, Petitioner, respectfully represents to the Court:

17

18     1.    That Petitioner resides at _____Albuquerque_____.
                                                      (city)
19
       Bernalillo                    ,            New Mexico                    .
20     (county)                                   (state)

21

22     2.    That Petitioner is an attorney at law and a member of the law firm of

23 _____BOWLES AND CROW_____ with offices at

24 _____201 Third Street, Suite 1370_____,
       Albuquerque, N.M.        (street address)        87102    ,    (505) 217-2680        .
25     (city)                                          (zip code)   (area code + telephone number)

26     jason@bowlesandcrow.com            .
27     *(Email address)*

28

Dockets.Justia.com

3.    That Petitioner has been retained personally or as a member of the law firm by

_____ Phase II Chin, LLC _____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

4.    That since _____ September 1996 _____, Petitioner has been and presently is a member
(date)

in good standing of the bar of the highest Court of the State of _____ New Mexico _____
(state)

where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| U.S. Supreme Court | January 12, 2007 | |
| 10th Circuit Court of Appeals | November, 2004 | |
| 5th Circuit Court of Appeals | January 17, 2007 | |
| United States District Court, District of New Mexico | September, 1996 | 8900 |
| Supreme Court of New Mexico | October, 1996 | 8922 |
| Supreme Court of Texas | November, 1994 | 790349 |
| | | |

6.    That there are or have been no disciplinary proceedings instituted against Petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

7.  Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8.  That Petitioner is a member of good standing in the following Bar Associations:

State Bar of New Mexico
State Bar of Texas

9.  Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF _New Mexico_ )
COUNTY OF _Bernolillo_ )

_Jason Bowles_, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

_19th_ day of _May_ , _2009_ .

_____
Notary public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY
ADMITTED TO THE BAR OF THIS COURT
AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Stanley Hunterton_____,

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate residence counsel in this action. The address of said designated

Nevada counsel is:

333 South Sixth Street
Las Vegas, N.V. 89101
Telephone: (702) 388-0098

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Robert Jason Bowles_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's Signature     Bar number

APPROVED:

Dated: this _____ day of _____, 20 ____.

_____
UNITED STATES DISTRICT JUDGE

5