1
2
3
4
5       **UNITED STATES DISTRICT COURT**
6       **DISTRICT OF NEVADA**

7   PHASE II CHIN, LLC, et al.,                    2:08-CV-162 JCM (GWF)
8              Plaintiffs,
9   v.
10  FORUM SHOPS, LLC, et al.,
11             Defendants.
12

13                                          **ORDER**

14      Presently before the court is Forum defendants' motion to amend counterclaim. (Doc. #129.)
15  The complaint in this case was filed in state court in January 2008, and the case was removed to this
16  court on February 7, 2008. (Doc. #1.) Defendants filed their answer and one counterclaim on April
17  1, 2009. (Doc. #106.) Plaintiffs filed an answer to defendants' counterclaim on April 16, 2009.
18  (Doc. #110.) Defendants now seek leave to amend their counterclaim to add the following causes
19  of action: 1) breach of contract, 2) fraud, and 3) conspiracy. They have submitted an amended
20  counterclaim outlining each claim.

21      After a responsive pleading has been filed, a party may amend its pleading "only with the
22  opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Rule 15 instructs
23  that courts "should freely give leave when justice so requires." Here, justice requires this court to
24  permit the requested amendment. The addition of the new causes of action will enhance the
25  efficiency of this judicial proceeding and allow the court to make a proper determination on the
26  merits. As discovery does not close until December 2009 (docs. #38, #102), this ruling will not
27  substantially prejudice the plaintiffs.
28

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that defendants' motion to amend counterclaim (doc. #129) be, and the same hereby is, **GRANTED.**

IT IS FURTHER ORDERED that defendants shall have **ten (10) days** from the date of this order to file and serve their amended counterclaim.

DATED this 27th day of July, 2009.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -