# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PHASE II CHIN, LLC, *et al.*,           )
                                        )
                    Plaintiffs,         )    Case No. 2:08-cv-00162-JCM-GWF
                                        )
vs.                                     )    **ORDER**
                                        )
FORUM SHOPS, LLC, *et al.*,             )
                                        )
                    Defendants.         )
_____ )

Pursuant to this Court's Order (#38) filed July 31, 2008, and pursuant to the Order (#102) denying the Motions to Dismiss (#12 and #20) filed March 17, 2009, the Court hereby sets the following scheduling order:

**IT IS HEREBY ORDERED**:

1. Last date to complete discovery: **January 13, 2010**
2. Last date to amend pleadings and add parties: **September 15, 2009**
3. Last date to file interim status report: **October 15, 2009**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **October 15, 2009**
5. Last date to disclose rebuttal experts: **December 14, 2009**
6. Last date to file dispositive motions: **February 15, 2010**
7. Last date to file joint pretrial order: **March 17, 2010.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** the disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

**IT IS FURTHER ORDERED** applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **December 24, 2009,** and shall fully comply with the requirements of LR 26-4. The Court reserves the right to conduct a status conference for any application to extend the discovery cutoff.

DATED this 3rd day of August, 2009.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge