JOINTLY SUBMITTED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC,

    Plaintiffs,

vs.

FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:08-cv-162-JCM-GWF

**JOINT INTERIM STATUS REPORT**

    Plaintiffs Phase II Chin, LLC and Love & Money, LLC; Defendants Caesars Palace Corporation and Caesars Palace Realty Corporation (collectively the "Caesars Defendants"); and Defendants Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc. (collectively the "Forum Defendants") submit this Joint Interim Status Report pursuant to Local Rule 26-3.

**I.    ESTIMATED TIME FOR TRIAL**

    The parties estimate that the trial will take 10 court days.

MORRIS PETERSON
ATTORNEYS AT LAW
300 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

## II. ALTERNATIVE TRIAL DATES

Week beginning June 7, 2010.

Week beginning June 14, 2010.

Week beginning June 21, 2010.

## III. SUBSTANTIVE MOTIONS AND EFFECT ON TRIAL

The Caesars Defendants and Forum Defendants contemplate dispositive motion practice following the close of discovery. In the event motion practice does not result in the dismissal of all claims against these defendants, we do not believe the time required for trial will be fewer than 10 days, as indicated above.

Plaintiffs anticipate dispositive motion practice on all claims in the Amended Counterclaim and on claims stated in the Complaint as appropriate

MORRIS PETERSON
ATTORNEYS AT LAW
300 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

following the close of discovery. Assuming Plaintiffs prevail on any claim,

Plaintiffs anticipate the trial will last no more than 10 days.

| | |
|---|---|
| HUNTERTON & ASSOCIATES | LIONEL SAWYER & COLLINS |

By /s/Pamela R. Lawson
    C. Stanley Hunterton, Bar No. 1891
    Pamela R. Lawson, Bar No. 5044
    333 South Sixth Street
    Las Vegas, Nevada 89101

BOWLES & CROW

By /s/Robert Jason Bowles
    Robert Jason Bowles (*pro hac vice*)
    B. J. Crow (*pro hac vice*)
    201 Third Street, NW
    Suite 1370
    Albuquerque, NM 87102

GORENCE & OLIVEROS, P.C.

By /s/Louren Oliveros
    Robert J. Gorence (*pro hac vice*)
    Louren Oliveros (*pro hac vice*)
    201 12th Street, NW
    Albuquerque, NM 87102

Attorneys for Plaintiffs
Phase II Chin, LLC and
Love & Money, LLC

By /s/Charles H. McCrea
    Samuel S. Lionel, Bar No. 1766
    Charles H. McCrea, Jr., Bar No. 104
    300 S. Fourth St., #1700
    Las Vegas, Nevada 89101

Attorneys for Defendants
Forum Shops, LLC, Forum Developers
Limited Partnership, Simon Property
Group Limited Partnership, and
Simon Property Group, Inc.

MORRIS PETERSON

By /s/Jean-Paul Hendricks
    Steve Morris, Bar No. 1543
    Jean-Paul Hendricks, Bar No. 10079
    900 Bank of America Plaza
    300 South Fourth Street
    Las Vegas, Nevada 89101

Attorneys for Defendants
Caesars Palace Corporation and
Caesars Palace Realty Corporation

MORRIS PETERSON
ATTORNEYS AT LAW
300 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422