| | |
|---|---|
| 1 | **GORENCE & OLIVEROS, P.C.** |
| | Robert J. Gorence, No. NM 981 |
| 2 | Louren Oliveros, No. NM 14689 |
| | 201 12th Street NW |
| 3 | Albuquerque, NM 87102 |
| | Telephone: (505) 244-0214 |
| 4 | Facsimile: (505) 244-0888 |
| | Email: gorence@gopcfirm.com |
| 5 | Email: oliveros@gopcfirm.com |

*Attorneys for Plaintiff Love & Money, LLC*
*(formerly dba O.P.M.L.V., LLC)*
*(Pro Hac Vice)*

**HUNTERTON & ASSOCIATES**
C. Stanley Hunterton, No. NSB 1891
Pamela R. Lawson, No. NSB 5044
333 South Sixth Street
Las Vegas, NV 89101
Telephone: (702) 388-0098
Facsimile: (702) 388-0361
Email: shunterton@huntertonlaw.com
Email: plawson@huntertonlaw.com

*Attorneys for Plaintiff Love & Money, LLC*
*and Plaintiff Phase II Chin, LLC*
*(Local Counsel)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC), <br> Plaintiffs, <br> v. <br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP. <br> Defendants, <br><br> AND RELATED ACTIONS. | Case No. 2:08-cv-00162-JCM-GWF <br><br> **CERTIFICATE OF SERVICE** |

Page 1 of 2

I HEREBY CERTIFY that **PLAINTIFF LOVE & MONEY, LLC'S RESPONSES TO FORUM DEFENDANTS' SECOND ADDITIONAL DISCOVERY REQUESTS TO PLAINTIFF LOVE & MONEY, LLC** were mailed via U.S. mail and emailed by CM/ECF to the following this 23rd day of October, 2009 to:

Samuel S. Lionel, NSB #1766
Charles H. McCrea, Jr., NSB #104
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.*

Steve Morris (NSB #1543)
MORRIS PETERSON
Steve Morris
900 Bank of America Plaza
300 So. Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Caesars Palace Corp., and Caesars Palace Realty Corp.*

Jason Bowles
B.J. Crow
BOWLES & CROW
201 Third Street, N.W., Suite 1370
P.O. Box 25186
Albuquerque, NM 87125-5186
*Attorneys for Phase II Chin, LLC*

                                        Respectfully submitted,

                                        **GORENCE & OLIVEROS, P.C.**

                                        */s/ Electronically filed: 10/23/08*
                                        Louren Oliveros
                                        Robert J. Gorence
                                        201 12th Street N.W.
                                        Albuquerque, NM 87102
                                        O: (505) 244-0214
                                        F: (505) 244-0888