**GORENCE & OLIVEROS, P.C.**
Robert J. Gorence, No. NM 981
Louren Oliveros, No. NM 14689
201 12th Street NW
Albuquerque, NM 87102
Telephone: (505) 244-0214
Facsimile: (505) 244-0888
Email: gorence@gopcfirm.com
Email: oliveros@gopcfirm.com

*Attorneys for Plaintiff Love & Money, LLC*
*(formerly dba O.P.M.L.V., LLC)*
*(Pro Hac Vice)*

**HUNTERTON & ASSOCIATES**
C. Stanley Hunterton, No. NSB 1891
Pamela R. Lawson, No. NSB 5044
333 South Sixth Street
Las Vegas, NV 89101
Telephone: (702) 388-0098
Facsimile: (702) 388-0361
Email: shunterton@huntertonlaw.com
Email: plawson@huntertonlaw.com

*Attorneys for Plaintiff Love & Money, LLC*
*and Plaintiff Phase II Chin, LLC*
*(Local Counsel)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC), <br><br> Plaintiffs, <br><br> v. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP. <br> Defendants, <br><br> AND RELATED ACTIONS. | Case No. 2:08-cv-00162-JCM-GWF <br><br><br> **CERTIFICATE OF SERVICE** |

Page 1 of 2

I HEREBY CERTIFY that **PLAINTIFF LOVE & MONEY, LLC'S RESPONSES TO FORUM DEFENDANTS' THIRD ADDITIONAL DISCOVERY REQUESTS TO PLAINTIFF LOVE & MONEY, LLC** were mailed via U.S. mail and emailed by CM/ECF to the following this 16th day of November, 2009 to:

Samuel S. Lionel, NSB #1766
Charles H. McCrea, Jr., NSB #104
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.*

Steve Morris (NSB #1543)
MORRIS PETERSON
Steve Morris
900 Bank of America Plaza
300 So. Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Caesars Palace Corp., and Caesars Palace Realty Corp.*

Jason Bowles
B.J. Crow
BOWLES & CROW
201 Third Street, N.W., Suite 1370
P.O. Box 25186
Albuquerque, NM 87125-5186
*Attorneys for Phase II Chin, LLC*

        Respectfully submitted,

        **GORENCE & OLIVEROS, P.C.**

        */s/ Electronically filed: 11/16/09*
        Louren Oliveros
        Robert J. Gorence
        201 12th Street N.W.
        Albuquerque, NM 87102
        O: (505) 244-0214
        F: (505) 244-0888