HUNTERTON & ASSOCIATES
C. Stanley Hunterton, NSB # 1891
Pamela R. Lawson, NSB # 5044
333 South Sixth Street
Las Vegas, NV 89101
Telephone: (702) 388-0098
Facsimile: (702) 388-0361

**BOWLES & CROW**
Robert Jason Bowles NM # 8922
Robert (B.J.) Crow NM # 17915
201 3rd Street, N.W., Suite 1370
Albuquerque, N.M. 87102
Telephone: (505) 217-2680
Facsimile: (505) 217-2681

*Attorneys for Plaintiff Phase II Chin, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II, CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC,)<br><br>Plaintiffs,<br><br>vs.<br><br>FORUM SHOPS, LLC FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.<br><br>Defendants. | Case No. 2:08-cv-00162-JCM-GWF<br><br>**PHASE II CHIN, LLC'S RESPONSE TO FORUM DEFENDANTS' MOTION TO STRIKE JURY DEMAND AND NOTICE OF JOINDER** |

Plaintiff Phase II Chin, LLC, by and through its attorneys of record, Bowles & Crow hereby responds to Forum Defendants' Motion to Strike Jury Demand and files its notice of

joinder and states as follows in support thereof.

1. Notice of joinder.

Plaintiff Phase II Chin, LLC hereby joins in Plaintiff Love & Money, LLC's response to the Forum Defendants' motion to strike jury demand. Plaintiff particularly joins in the argument that Plaintiffs' claims fall outside the scope of the jury waiver clause in the lease.

2. Plaintiff Phase II Chin LLC's case is stayed.

At the present time, Plaintiff Phase II Chin, LLC is in bankruptcy proceedings in Case No. 09-23581-LBR, United States Bankruptcy Court in the District of Nevada. Recently Defendants filed a motion to lift the stay as to counterclaims involving Phase II Chin, LLC. That motion has not yet been ruled upon.

DATED this 19th day of November, 2009.

HUNTERTON & ASSOCIATES

/s/ PAMELA R. LAWSON, ESQ.
C. Stanley Hunterton, NSB # 1891
Pamela R. Lawson, NSB # 5044
333 South Sixth Street
Las Vegas, NV 89101
Telephone: (702) 388-0098
Facsimile: (702) 388-0361

Robert Jason Bowles NM # 8922
Robert (B.J.) Crow NM # 17915
**BOWLES & CROW**
201 3rd Street, N.W., Suite 1370
Albuquerque, N.M. 87102
Telephone: (505) 217-2680
Facsimile: (505) 217-2681

Attorneys for Phase II Chin, LLC

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** by the undersigned that on the 19th day of November 2009, I deposited in the United States Mail at Albuquerque, New Mexico, a true and correct copy of the foregoing enclosed in a sealed envelope upon which first class postage was paid, addressed as follows and sent via CM/ECF:

Samuel S. Lionel, NSB #1766
Charles H. McCrea, Jr., NSB #104
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendants
*Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.*

Steve Morris (NSB #1543)
MORRIS PETERSON
Steve Morris
900 Bank of America Plaza
300 So. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendants
*Caesars Palace Corp., and Caesars Palace Realty Corp.*

GORENCE & OLIVEROS, P.C.
Robert J. Gorence, NM # 981
Louren Oliveros, NM # 14689
201 12th Street, NW
Albuquerque, NM 87102
Telephone:   (505) 244-0214
Facsimile:   (505) 244-0888
Attorneys for Plaintiff
*Love & Money, LLC,*
*(formerly dba O.P.M.L.V., LLC)*

/s/ Jason Bowles

HUNTERTON & ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098

Page 3 of 3

Case No.: 2:08-CV-162