

Brandon E. Roos
Tel 702.792.3773
Fax 702.792.9002
roosb@gtlaw.com

October 19, 2009

**VIA FACSIMILE: (702) 388-0361**

C. Stanley Hunterton, Esq.
Pamela Lawson, Esq.
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada

*Re:* *Phase II Chin, LLC v. Forum Shops, LLC;*
*Subpoena Duces Tecum; Pure Nightclub*

Dear Mr. Hunterton:

I am in receipt of the subpoena duces tecum issued by your office to Jan Marks, CFO of Pure Nightclub/Pure Management Group in the case of Phase II Chin, LLC v. Forum Shops, LLC, case number 2:08-cv-00162-JCM-GWF.

The subpoena contains document requests that would impose an undue burden and expense on Pure Nighclub in responding thereto. Specifically, the subpoena requests every document in the possession of Pure Nightclub relating in any way to any incident at Pure Nightclub for a five year period of time, as well as incidents at Caesars Palace. Moreover, the subpoena requests commercial information that is subject to protection from disclosure as well as information that is confidential in nature having nothing to do with the lawsuit identified in the subpoena. Pure Nightclub is neither a party to the lawsuit, nor a party's officer and therefore the subpoena does not comply with the requirements of Fed.R.Civ.P. Rule 45(c) of an attorney to affirmatively avoid undue burden or expense with respect to demands for document production.

Please contact me at your earliest convenience to discuss the contents of the subpoena, and the potential of narrowing the subpoena to avoid the current undue and excessive document demand.

Best regards,

Brandon E. Roos
Shareholder

**EXHIBIT B**

LV 418,946,913v1 10-19-09

GREENBERG TRAURIG LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
3773 Howard Hughes Parkway ■ Suite 400 North ■ Las Vegas, NV 89169 ■ Tel 702.792.3773 ■ Fax 702.792.9002

# Greenberg
# Traurig

## Transmittal Cover Sheet

| From: | Tel: | E-Mail: |
|---|---|---|
| Brandon E. Roos | 702.792-3773 | roosb@gtlaw.com |

| To: | Fax No: | Company: | Phone No.: |
|---|---|---|---|
| C. Stanley Hunterton, Esq. | 388.0361 | | |

**File No.:**

**Re:** <u>Phase II Chin, LLC v. Forum Shops, LLC;</u>

**Date:** October 19, 2009

**No. Pages:** Including Cover Sheet 2

<u>If you do not receive all pages properly, please call the sender.</u>

**Notes:**

Also sent via:  ☐ US Mail   ☐ Overnight   ☐ Messenger   ☐ Email   | No Other
The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

3773 Howard Hughes Parkway, Suite 500 North, Las Vegas, Nevada 89169   Phone: 702.792.3773  Fax: 702.792.9002
LV 418,793,786v1 10-13-09

```
                        ********************
                        ***   TX REPORT   ***
                        ********************

        TRANSMISSION OK

        TX/RX NO                    0892
        RECIPIENT ADDRESS           93880361
        DESTINATION ID
        ST. TIME                    10/19 14:01
        TIME USE                    00'28
        PAGES SENT                  2
        RESULT                      OK
```

# Greenberg Traurig

**Transmittal Cover Sheet**

| From: | Tel: | E-Mail: |
|---|---|---|
| Brandon E. Roos | 702.792-3773 | roosb@gtlaw.com |

| To: | Fax No: | Company: | Phone No.: |
|---|---|---|---|
| C. Stanley Hunterton, Esq. | 388.0361 | | |

**File No.:**

**Re:** <u>Phase II Chin, LLC v. Forum Shops, LLC:</u>

**Date:** October 19, 2009

**No. Pages:** Including Cover Sheet  2

<u>If you do not receive all pages properly, please call the sender.</u>

**Notes:**