**JOINTLY SUBMITTED**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC), | ) CASE NO. 2:08-cv-162-JCM-GWF<br>)<br>)<br>) |
| Plaintiffs, | ) **STIPULATION AND ORDER** |
| vs. | ) **TO EXTEND DEADLINE**<br>) **REPLY**<br>) |
| FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP., | ) **FOURTH REQUEST**<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

At the request of Caesars Palace Realty Corporation and Caesars Palace Corporation ("Caesars Defendants"), Plaintiffs Love & Money, LLC, and Phase II Chin, LLC hereby stipulate with the Caesars Defendants as follows:

1.      The parties hereto agree to permit the Caesars Defendants to file and serve their reply in support of their motion for summary judgment Dkt. 208, currently due on June 30, 2010, not later than Friday July 2, 2010.

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2.    This is the fourth extension of the deadline for reply in support of Caesars Defendants motion for summary judgment in this case.  It represents an extension of at most 2 days of the June 30, 2010 deadline.

Dated: June 30, 2010

GORENCE & OLIVEROS, P.C.


By:   /s/ Louren Oliveros
    Robert J. Gorence
    Louren Oliveros
    1305 Tijeras Avenue NW
    Albuquerque, NM 87102

Attorneys for Plaintiff
Love & Money, LLC


Dated: June 30, 2010

BOWLES & CROW


By:   /s/Robert Jason Bowles
    Robert Jason Bowles
    B. J. Crow
    201 Third Street, NW
    Suite 1370
    Albuquerque, NM 87102

Attorneys for Plaintiffs
Phase II Chin, LLC

Dated: June 30, 2010

MORRIS PETERSON


By:   /s/ JP Hendricks
    Steve Morris, No. 1543
    Jean-Paul Hendricks, No. 10079
    900 Bank of America Plaza
    300 South Fourth Street
    Las Vegas, Nevada  89101

Attorneys for Caesars Palace Realty
Corporation and Caesars Palace
Corporation


ORDER

IT IS SO ORDERED.

Dated: ___July 1_____, 2010.

_____
United States District Judge

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422