BOWLES & CROW
Robert Jason Bowles NM # 8922
Robert (B.J.) Crow NM # 17915
201 3rd Street, N.W., Suite 1370
Albuquerque, N.M. 87102
Telephone:    (505) 217-2680
Facsimile:    (505) 217-2681

HUNTERTON & ASSOCIATES
C. Stanley Hunterton, NSB # 1891
Pamela R. Lawson, NSB # 5044
333 South Sixth Street
Las Vegas, NV 89101
Telephone:    (702) 388-0098
Facsimile:    (702) 388-0361

Attorneys for PHASE II CHIN, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II, CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC,)<br><br>Plaintiffs,<br><br>vs.<br><br>FORUM SHOPS, LLC FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.<br><br>Defendants. | Case No.: 2:08-CV-162-JCM-GWF<br><br>**ORDER ON CAESARS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOC. 208]** |

The court having reviewed Caesars Defendants' Motion for Summary Judgment [Doc. 208] and supporting exhibits filed in this matter and having heard oral argument, finds

…

1 | that the motion is hereby denied.

2 | DATED September 13, 2010.

*[signature: James C. Mahan]*

Honorable James Mahan
United States District Judge

Submitted by:

*[signature]*

C. Stanley Hunterton, Esq.
333 S. 6th Street
Las Vegas, NV 89101
**Attorneys for Phase II Chin, LLC**

Acknowledged by:

/S/ Jason Bowles
Jason Bowles
Bowles and Crow
**Attorneys for Phase II Chin, LLC**

/S/ Charles H. McCrea, Jr.
Charles H. McCrea, Jr.
LIONEL SAWYER & COLLINS
**Attorneys for Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.**

/S/ J.P. Hendricks
J.P. Hendricks
MORRIS PETERSON
**Attorneys for Caesars Palace Corp., and Caesars Palace Realty Corp.**

/S/ Robert Gorence
Robert Gorence
Gorence & Oliveros
**Attorneys for Plaintiff Love & Money**

HUNTERTON
&
ASSOCIATES
ATTORNEYS AT LAW
333 South Sixth Street
Las Vegas, NV 89101
(702) 388-0098