LIONEL SAWYER & COLLINS
Samuel S. Lionel (SBN #1766)
Charles H. McCrea, Jr. (SBN #104)
Jing Zhao (SBN #11487)
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel   (702) 383-8888
Fax   (702) 383-8845

*Attorneys for FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP and SIMON PROPERTY GROUP, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC (formerly dba O.P.M.L.V., LLC),<br><br>Plaintiffs,<br>v.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.<br><br>Defendants,<br><br>AND RELATED ACTIONS. | Case No. 2:08-cv-00162-JCM-GWF<br><br>**ORDER DENYING PLAINTIFF LOVE & MONEY'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST FORUM (DOC. 207)** |

Plaintiff LOVE & MONEY, LLC'S ("Love & Money's") Motion & Memorandum in Support of Motion for Summary Judgment Against Forum (Doc. 207; the "Motion") came on for hearing before the Court on August 25, 2010. Love & Money appeared by and through its

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101

ORDER, Page 1 of 2

counsel Robert Gorence of the law firm Gorence & Oliveros, P.C. Defendants FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC. appeared by and through their counsel Charles H. McCrea, Jr. of the law firm Lionel Sawyer & Collins. The court has reviewed the pleadings and papers on file herein relevant to the Motion and heard the arguments of counsel. Good cause appearing, it is hereby

ORDERED that the Motion be and the same is DENIED.

DATED and DONE this 13 day of September 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

LIONEL SAWYER & COLLINS

By:   s/Charles H. McCrea, Jr.
      Samuel S. Lionel (SBN #1766)
      Charles H. McCrea, Jr. (SBN #104)
      Jing Zhao (SBN #11487)

*Attorneys for FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP and SIMON PROPERTY GROUP, INC.*

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS, NEVADA 89101

ORDER, Page 2 of 2