# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHASE II CHIN, LLC, *et al.*,

           Plaintiffs,

vs.

FORUM SHOPS, LLC, *et al.*,

           Defendants.

Case No. 2:08-cv-00162-JCM-GWF

**ORDER**

      This matter is before the Court on Plaintiff Love & Money, LLC's Motion to Re-Open Discovery (#297), filed August 4, 2010; Defendants Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.'s Opposition to Love & Money, LLC's Motion to Re-Open Discovery (#302), filed August 12, 2010; Caesars Defendants' Opposition to Love & Money, LLC's Motion to Re-Open Discovery (#310), filed August 23, 2010; and Plaintiff Love & Money, LLC's Reply to Defendants Opposition to Plaintiff's Motion to Re-Open Discovery (#314), filed August 30, 2010. The Court held a hearing on this matter September 13, 2010.

      Based on the arguments presented by counsel and the materials submitted, the Court finds that additional, limited discovery is warranted in this case. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff Love & Money, LLC's Motion to Re-Open Discovery (#297) is **granted** as follows:

      1.    Plaintiff Love & Money, LLC may serve interrogatories on Defendant Caesars Palace regarding the circumstances related to document retention concerning the subject of this action and whether document retention was instituted at the time of the joint defense agreement, which was entered into on March 6, 2006; and

. . .

2. Plaintiff Love & Money, LLC may take the deposition of one Pure Nightclub Manager.

DATED this 4th day of October, 2010.

_____
**GEORGE FOLEY, JR.**
**U.S. MAGISTRATE JUDGE**