JOINTLY SUBMITTED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC), <br><br> Plaintiffs, <br><br> vs. <br><br> FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP., <br><br> Defendants. | CASE NO. 2:08-cv-162-JCM-GWF <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF LOVE & MONEY, LLC'S SUPPLEMENTAL INTERROGATORIES <br><br> FIRST REQUEST |

Plaintiffs and the Caesars Defendants stipulate to a one week extension of time to serve responses to Love & Money, LLC's Supplemental Interrogatories to Defendant Caesars Palace pursuant to the Court's Order [Doc. 325] ("Supplemental Interrogatories") due to Caesars Defendants' scheduling conflicts.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

IT IS HEREBY STIPULATED by and between the parties that responses to Love & Money's Supplemental Interrogatories, currently due on November 17, 2010, shall be filed on or before November 23, 2010.

Dated: November 17, 2010

GORENCE & OLIVEROS, P.C.

By: /s/Louren Oliveros
Robert J. Gorence
Louren Oliveros
1305 Tijeras Avenue NW
Albuquerque, NM 87102

Attorneys for Plaintiff
Love & Money, LLC

Dated: November 17, 2010

MORRIS PETERSON

By: /s/Jean Paul Hendricks
Steve Morris, No. 1543
Jean-Paul Hendricks, No. 10079
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Caesars Palace Realty Corporation and Caesars Palace Corporation

Dated: November 17, 2010

BOWLES & CROW

By: /s/Robert Jason Bowles
Robert Jason Bowles
B. J. Crow
201 Third Street, NW
Suite 1370
Albuquerque, NM 87102

Attorneys for Plaintiffs
Phase II Chin, LLC

## ORDER

IT IS SO ORDERED.

Dated: November 18, 2010.

_____
United States Magistrate Judge