# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHASE II CHIN, LLC, *et al.*,

      Plaintiffs,    Case No. 2:08-cv-00162-JCM-GWF

vs.            **ORDER**

FORUM SHOPS, LLC, *et al.*,    Motion for Extension (#355)

      Defendants.

  This matter is before the Court on Plaintiff Love & Money, LLC's Motion for Extension of Time to Respond to Docs. 343 and 344 (#355), filed November 29, 2010. Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Plaintiff requests a two (2) day extension of time due to staffing issues and holiday travel to respond to Defendants Caesars Palace Corporation and Caesars Palace Realty Corporation's Objection to Plaintiff Love & Money's Supplemental Disclosures (#343) and Forum Defendants' Joinder in Caesars Defendants' Objection to Plaintiff Love & Money's Supplemental Disclosures (#344). The Court finds good cause to grant the short extension of time. Accordingly,

  **IT IS HEREBY ORDERED** that Plaintiff Love & Money, LLC's Motion for Extension of Time to Respond to Docs. 343 and 344 (#355) is **granted**. Plaintiff shall have until **December 1, 2010** to respond to documents no. 343 and 344.

  DATED this 30th day of November, 2010.

               *George Foley Jr.*
               GEORGE FOLEY, JR.
               U.S. MAGISTRATE JUDGE