# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHASE II CHIN, LLC, *et al.*,

               Plaintiffs,

vs.

FORUM SHOPS, LLC, *et al.*,

               Defendants.

Case No.  2:08-cv-00162-JCM-GWF

**ORDER**

Request for Exception (#360)

This matter is before the Court on Defendants Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc.'s Request for Exception (#360), filed January 11, 2011.

Defendants seek leave for the representative of Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership and Simon Property Group, Inc. to be excused from appearing at the settlement conference scheduled for February 4, 2011 as the representative resides in Indianapolis, Indiana.  (*Id.*)  In the alternative, Defendants request that the representative be allowed to appear telephonically.  (*Id.*)  In its previous order, the Court stated that all individuals "with binding authority to settle this matter" shall be present for the duration of the conference.  (#349).  Upon review and consideration, the Court finds that Defendants have not shown good cause for an exception to this requirement.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Request for Exception (#360) is **denied**.

DATED this 13th day of January, 2011.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE