# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FORUM SHOPS, LLC, et al.,<br><br>　　　　　Defendants. | 2:08-CV-162 JCM (GWF) |

**ORDER**

Presently before the court is the Caesars defendants' motion to seal selected trial exhibits (doc. #378) consisting of the disputed ground lease, Caesars' trial exhibit 618 and plaintiffs' trial exhibit 39, pursuant to the stipulated protective order (doc. #125) approved by this court. Caesars alleges that public release of the ground lease will have an immediate and adverse impact on Caesars Palace's ability to negotiate other leases that it is involved with on a daily basis.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to seal selected trial exhibits (doc. #378) is GRANTED;

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that Caesars' trial exhibit 618 and plaintiffs' trial exhibit 39
2  shall be filed under seal.
3   DATED this 24th day of March, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -