MORRIS PETERSON
Steve Morris, Bar No. 1543
Email:   sm@morrislawgroup.com
Jean-Paul Hendricks, Bar No. 10079
Email:   jph@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada   89101
Telephone:  (702) 474-9400
Facsimile:    (702) 474-9422

Attorneys for Defendants
Caesars Palace Corporation and
Caesars Palace Realty Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHASE II CHIN, LLC and LOVE & MONEY, LLC, (formerly dba O.P.M.L.V., LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FORUM SHOPS, LLC, FORUM DEVELOPERS LIMITED PARTNERSHIP, SIMON PROPERTY GROUP LIMITED PARTNERSHIP, SIMON PROPERTY GROUP, INC., CAESARS PALACE CORP., and CAESARS PALACE REALTY CORP.,<br><br>Defendants. | CASE NO. 2:08-cv-162-JCM-GWF<br><br><br><br><br><br>**JUDGMENT** |

Based on the Findings of Fact and Conclusions of Law separately entered herein, and good cause appearing, it is hereby

ORDERED, ADJUDGED AND DECREED that Judgment be, and the same is, entered herein in favor of Defendants and against Plaintiffs.   And it is further

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

ORDERED, ADJUDGED AND DECREED that Defendant Forum Shops, LLC's Second Amended Counterclaim against Plaintiffs shall be, and the same is, dismissed.

Submitted by:

| MORRIS PETERSON | LIONEL SAWYER & COLLINS |
|---|---|
| By: /s/Jean-Paul Hendricks<br>Steve Morris, Bar No. 1543<br>Jean-Paul Hendricks, Bar No. 10079<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | By: /s/Charles McCrea<br>Samuel S. Lionel, Bar No. 1766<br>Charles H. McCrea, Jr., Bar No. 104<br>300 South Fourth Street, #170<br>Las Vegas, Nevada 89101 |
| Attorneys for Defendants Caesars Palace Corporation and Caesars Palace Realty Corporation | Attorneys for Defendants Forum Shops, LLC, Forum Developers Limited Partnership, Simon Property Group Limited Partnership, and Simon Property Group, Inc. |

DATED and DONE this 25th day of May, 2011.

_____
U.S. DISTRICT COURT JUDGE

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2